IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | Criminal No.  1:23-CR- 491 (GLS) |
| v. | ) ) | **Indictment** |
| OLUWASEUN ADEKOYA, a/k/a "John Calling," | ) ) ) | Violations: 18 U.S.C. §§ 1344, 1349 [Conspiracy to commit bank fraud]; |
| DAVID DANIYAN, a/k/a "Bamikole Laniyan," a/k/a "David Enfield," a/k/a "Tajudeen Dosunmu," a/k/a "David James," a/k/a "Tony James," a/k/a "James Bush," | ) ) ) ) ) ) | 18 U.S.C. § 1028A(a)(1) [Aggravated identity theft] |
| ▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬ | ) ) ) | 9 Counts & Forfeiture Allegation |
| GAYSHA KENNEDY, | ) ) | |
| ▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬ | ) ) | |
| DANIELLE CAPPETTI, | ) ) | |
| and | ) ) | |
| ▬▬▬▬▬▬▬▬▬ | ) ) | |
| Defendants. | ) ) ) | Counties of Offenses:  Albany, Clinton, Rensselaer, and Saratoga |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 05 2023
AT ___ O'CLOCK
John M. Domurad, Clerk - Albany

**THE GRAND JURY CHARGES:**

**The Scheme to Defraud**

1.      Between on or about December 1, 2021 and on or about April 4, 2023, in the Northern District of New York, and elsewhere, the defendants, **OLUWASEUN ADEKOYA,** a/k/a "John Calling," **DAVID DANIYAN,** a/k/a "Bamikole Laniyan," a/k/a "David Enfield,"

a/k/a "Tajudeen Dosunmu," a/k/a "David James," a/k/a "Tony James," a/k/a "James Bush," ▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇, GAYSHA KENNEDY, ▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇, DANIELLE CAPPETTI, and ▇▇▇▇▇▇, and others, devised and intended to devise a scheme and artifice to defraud financial institutions by impersonating customers of credit unions throughout the United States and fraudulently withdrawing funds from the customers' accounts.

### Manner and Means

2. Many credit unions throughout the United States were members of the Co-op Solutions Shared Branch network ("Shared Branch network"). The Shared Branch network enabled the customers of member credit unions to perform a range of transactions at other member credit unions. This enabled member credit unions to serve their customers in diverse geographic locations.

3. Among other transactions, the Shared Branch network permitted the customers of a member credit union to withdraw funds from their account at another member credit union by presenting a photo identification and providing their account number and the last four digits of their Social Security number.

4. Between at least on or about December 1, 2021 and on or about April 4, 2023, the defendants devised and perpetrated a scheme to defraud various credit unions, the accounts of which were insured by National Credit Union Share Insurance Fund, by exploiting the Shared Branch network.

5. Participants in the scheme, including defendants **ADEKOYA** and **DANIYAN**, obtained the names, account numbers, and last four digits of the Social Security numbers for customers of member credit unions. That information was provided to other participants in the

scheme, including defendants ▆▆▆▆, CAPPETTI, ▆▆▆▆, and ▆▆, who impersonated the customers at other member credit unions; presented fake driver's licenses in the customers' names but bearing their photographs; and fraudulently withdrew funds from the customers' accounts. Other participants in the scheme, including defendants ▆▆▆▆, ▆▆▆▆, and KENNEDY, drove the participants impersonating the customers to numerous credit unions in certain geographic areas.

6. In the course of the scheme, the defendants were collectively involved in more than 200 fraudulent transactions at credit unions in the Northern District of New York and all over the country, with losses exceeding $900,000.

## COUNT 1
### [Conspiracy to Commit Bank Fraud]

7. Paragraphs 1 through 6 are hereby realleged and incorporated as if fully set forth herein.

8. From on or about December 1, 2021 through on or about April 4, 2023, in Albany, Clinton, Rensselaer, and Saratoga Counties in the Northern District of New York, and elsewhere, the defendants, **OLUWASEUN ADEKOYA**, a/k/a "John Calling," **DAVID DANIYAN**, a/k/a "Bamikole Laniyan," a/k/a "David Enfield," a/k/a "Tajudeen Dosunmu," a/k/a "David James," a/k/a "Tony James," a/k/a "James Bush," ▆▆▆▆, ▆▆▆▆, **GAYSHA KENNEDY**, ▆▆▆▆, ▆▆▆▆, **DANIELLE CAPPETTI**, and ▆▆▆▆, and others, conspired to commit bank fraud by knowingly executing and attempting to execute a scheme and artifice to defraud financial institutions, and to obtain monies, funds, and assets owned by, and under the custody and control of, financial institutions, by means of false and fraudulent pretenses and representations, in violation of Title 18, United States Code, Section 1344(1) and (2).

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2 through 9
### [Aggravated Identity Theft]

9. Paragraphs 1 through 8 are hereby realleged and incorporated as if fully set forth herein.

10. On or about the dates specified below, in the Northern District of New York, and elsewhere, the defendants, **OLUWASEUN ADEKOYA**, a/k/a "John Calling," **DAVID DANIYAN**, a/k/a "Bamikole Laniyan," a/k/a "David Enfield," a/k/a "Tajudeen Dosunmu," a/k/a "David James," a/k/a "Tony James," a/k/a "James Bush," ▓▓▓▓▓▓▓▓▓▓, and **DANIELLE CAPPETTI**, during and in relation to a felony violation contained in Chapter 63 of Title 18 of the United States Code, that is a violation of Title 18, United States Code, Sections 1349 and 1344 (conspiracy to commit bank fraud), knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, and aided and abetted others in the transfer, possession, and use, without lawful authority, of a means of identification of another person, that is, the names identified below during and in relation to the offense identified in Count One of this indictment:

| Count | Defendant(s) | Approximate Date | Branch Location | Individual |
|---|---|---|---|---|
| 2 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 3 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 4 | OLUWASEUN ADEKOYA | May 18, 2022 | Latham, New York | M.M. |
| 5 | OLUWASEUN ADEKOYA | May 18, 2022 | Latham, New York | R.C. |
| 6 | DAVID DANIYAN and ▓▓▓ | May 19, 2022 | Albany, New York | J.G. |

4

| 7 | DAVID DANIYAN and ▇▇▇▇▇ | May 19, 2022 | Cohoes, New York | K.W. |
| --- | --- | --- | --- | --- |
| 8 | DANIELLE CAPPETTI | February 1, 2023 | Rouses Point, New York | K.F. |
| 9 | DANIELLE CAPPETTI | February 1, 2023 | Plattsburgh, New York | T.J. |

all in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### FORFEITURE ALLEGATION

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2).

2. Upon conviction of conspiracy to commit bank fraud, as charged in Count One of the Indictment, in violation of Title 18, United States Code, Sections 1349 and 1344, the defendants, OLUWASEUN ADEKOYA, a/k/a "John Calling," DAVID DANIYAN, a/k/a "Bamikole Laniyan," a/k/a "David Enfield," a/k/a "Tajudeen Dosunmu," a/k/a "David James," a/k/a "Tony James," a/k/a "James Bush," ▇▇▇▇▇, ▇▇▇▇▇, GAYSHA KENNEDY, ▇▇▇▇▇, ▇▇▇▇▇, DANIELLE CAPPETTI, and ▇▇▇▇▇, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, and derived from, proceeds the person obtained directly and indirectly, as the result of such violations. The property to be forfeited includes, but is not limited to, the following:

    a. All cash seized on May 19, 2022 from a 2016 Nissan Rogue, New York License Plate xxxxx67, totaling approximately $10,000.00;

5

      b. All cash seized on October 27, 2022 from a 2022 Toyota RAV4, Florida License Plate xxxx72, totaling approximately $9,512.67; and

      c. A money judgment in an amount to be determined.

3. If any of the property described above, as a result of any act or omission of either defendant:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Dated: December 5, 2023

A TRUE BILL, *Name Redaction

_____
Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Benjamin S. Clark
Assistant United States Attorney
Bar Roll No. 703519