**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

_**UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.**_

CASE NO.:            1:23-CR-491

DATE:                June 9, 2025

PRESIDING JUDGE:     Hon. Mae A.

☒            GOVERNMENT    ☐            DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Phone 1B5 |
| 1a | | | | Extraction of Phone 1B5 |
| 1b | | | | Text communications from Phone 1B5 with SANTA |
| 1c | | | | Recorded voice messages from Phone 1B5 with SANTA |
| 1d | | | | Transcribed translations of 1c |
| 1e | | | | Information from Phone 1B5 |
| 2 | | | | Phone 1B22 |
| 2a | | | | Extraction of Phone 1B22 |
| 2b | | | | Communications from Phone 1B22 |
| 2c | | | | Text communications from Phone 1B22 with x5526 |

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

**_UNITED STATES OF AMERICA v. OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:          1:23-CR-491

DATE:              June 9, 2025

PRESIDING JUDGE:   Hon. Mae A.

☒                  GOVERNMENT   ☐   DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 2d | | | | Text communications from Phone 1B22 with x0335 |
| 2e | | | | Text communications from Phone 1B22 with Ace G. |
| 2f | | | | Recorded voice messages from Phone 1B22 with x5526 |
| 2g | | | | Transcribed translations of 2f |
| 2h | | | | Recorded voice messages from Phone 1B22 with x0335 |
| 2j | | | | Transcribed translations of 2h |
| 2k | | | | Recorded voice messages from Phone 1B22 with Ace G. |
| 2l | | | | Transcribed translations of 2k |
| 3 | | | | Phone 1B129 |
| 3a | | | | Extraction of Phone 1B129 |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

***UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:       1:23-CR-491

DATE:       June 9, 2025

PRESIDING JUDGE:       Hon. Mae A.

☒       GOVERNMENT    ☐       DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 3b | | | | Text communications from Phone 1B129 with BRODA |
| 3c | | | | Recorded voice messages from Phone 1B129 with BRODA |
| 3d | | | | Translated transcriptions of 3c |
| 3e | | | | Information from Phone 1B129 |
| 4 | | | | Phone 1B73 |
| 4a | | | | ### |
| 4b | | | | Information from Phone 1B73 |
| 5 | | | | Phone 1B80 |
| 5a | | | | Extraction of Phone 1B80 |
| 5b | | | | Information from Phone 1B80 |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

_**UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.**_

CASE NO.:          1:23-CR-491

DATE:              June 9, 2025

PRESIDING JUDGE:   Hon. Mae A.

☒                  GOVERNMENT   ☐   DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 6 | | | | Phone 1B72 |
| 6a | | | | Extraction of Phone 1B72 |
| 6b | | | | Information from Phone 1B72 |
| 7 | | | | Phone 1B64 |
| 7a | | | | Extraction of Phone 1B64 |
| 7b | | | | Information from Phone 1B64 |
| 8 | | | | Sim cards 1B67_1 and 1B67_2 |
| 8a | | | | Extractions of sim cards 1B67_1 and 1B67_2 and 1B73 |
| 8b | | | | Information from sim card 1B67_1 |
| 9 | | | | ### |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

___UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.___

CASE NO.:                          1:23-CR-491

DATE:                              June 9, 2025

PRESIDING JUDGE:                   Hon. Mae A.

☒                 GOVERNMENT    ☐      DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 9a | | | | ### |
| 9b | | | | Information from sim card 1B67_2 |
| 10 | | | | Extraction of Hunter Phone |
| 10a | | | | Communications from Hunter Phone |
| 11 | | | | Extraction of Quivers Phone |
| 11a | | | | Communications from Quivers Phone |
| 12 | | | | Phone 1B143 |
| 12a | | | | Extractions of Phones 1B143 and 1B133 |
| 12b | | | | Communications between Gaedt and Sammy LaBanco |
| 12c | | | | Ace G. contact in Gaedt Phone and communications between Gaedt and Ace G. |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

***UNITED STATES OF AMERICA v.***
***OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:     1:23-CR-491

DATE:     June 9, 2025

PRESIDING JUDGE:     Hon. Mae A.

☒     GOVERNMENT    ☐     DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 12d | | | | Information from Gaedt Phone |
| 13 | | | | Adekoya *Miranda* form |
| 13a | | | | Photograph of Heather Gaedt |
| 14 | | | | Audio recording of Adekoya interview 12.12.23 up to just before he invokes counsel |
| 14a | | | | Clip 1 of Adekoya interview |
| 14a-T | | | | Transcript of 14a |
| 14b | | | | Clip 2 of Adekoya interview |
| 14b-T | | | | Transcript of 14b |
| 14c | | | | Clip 3 of Adekoya interview |
| 14c-T | | | | Transcript of 14c |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

***UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:                1:23-CR-491

DATE:                    June 9, 2025

PRESIDING JUDGE:         Hon. Mae A.

☒                                GOVERNMENT  ☐           DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 15 | | | | FRE 902(11) certified records of Mazuma |
| 16 | | | | Axon Body X60A56263 (Burch): 2:55:39-2:58:20 |
| 17 | | | | Clip of Gaedt interview with Calhoun County |
| 18 | | | | Photograph of Oluwaseun Adekoya |
| 19 | | | | Photos of Apt. 907 |
| 20 | | | | Photos of GLE |
| 21 | | | | Photos of C300 |
| 22 | | | | FRE 902(11) certified records of Service CU |
| 23 | | | | Records of Triangle CU |
| 24 | | | | FRE 902(11) certified records of Granite State CU |

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

**_UNITED STATES OF AMERICA v. OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:          1:23-CR-491

DATE:              June 9, 2025

PRESIDING JUDGE:   Hon. Mae A.

☒                  GOVERNMENT  ☐          DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 25 | | | | FRE 902(11) certified records of Holy Rosary |
| 26 | | | | AAA records re: Adekoya tow order on 12/3/21 |
| 27 | | | | Records of Virginia CU |
| 28 | | | | FRE 902(11) certified records of CorePlus |
| 29 | | | | FRE 902(11) certified records of Seasons FCU |
| 29a | | | | Seasons records |
| 30 | | | | FRE 902(11) certified records of Saks Fifth Avenue re: Olumodeji hours |
| 30a | | | | FRE 902(11) certified records of Saks re credit purchases |
| 31 | | | | FRE 902(11) certified records of Lafayette FCU |
| 32 | | | | Records of Aberdeen Proving Ground |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

**_UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:            1:23-CR-491

DATE:                June 9, 2025

PRESIDING JUDGE:     Hon. Mae A.

☒                    GOVERNMENT    ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 33 | | | | FRE 902(11) certified records of USAlliance |
| 34 | | | | Records of Associated CU |
| 35 | | | | FRE 902(11) certified records of FourLeaf, f/k/a Bethpage |
| 36 | | | | FRE 902(11) certified records of Enterprise re Adekoya et al. |
| 36a | | | | FRE 902(11) certified records of Enterprise re Bassie and Gaedt |
| 37 | | | | Records of Robins Financial CU |
| 38 | | | | FRE 902(11) certified records of Suffolk |
| 38a | | | | FRE 902(11) certified records of Suffolk |
| 39 | | | | Records of Sunmark |
| 40 | | | | FRE 902(11) certified records of Bank of America (Joyner) |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

***UNITED STATES OF AMERICA v.***
***OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:              1:23-CR-491

DATE:                  June 9, 2025

PRESIDING JUDGE:       Hon. Mae A.

☒                      GOVERNMENT  ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 40a | | | | FRE 902(11) certified records of Joyner BOA cardholder activity |
| 41 | | | | FRE 902(11) certified records of Jersey Shore FCU |
| 42 | | | | FRE 902(11) certified records of TD Bank (F. Daniyan) |
| 43 | | | | Records Broadview of 5/5/22 call |
| 44 | | | | FRE 902(11) certified records of Webster First |
| 45 | | | | FRE 902(11) certified records of Hanscom FCU |
| 46 | | | | Records of Citadel CU |
| 47 | | | | FRE 902(11) certified records of Universal 1 |
| 48 | | | | FRE 902(11) certified records of Wright-Patt |
| 49 | | | | FRE 902(11) certified records of SF Fire |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

**_UNITED STATES OF AMERICA v._**
**_OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:                    1:23-CR-491

DATE:                        June 9, 2025

PRESIDING JUDGE:             Hon. Mae A.

☒                    GOVERNMENT  ☐           DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 50 | | | | FRE 902(11) certified records of 1166 FCU |
| 51 | | | | FRE 902(11) certified records of Garden State FCU |
| 52 | | | | FRE 902(11) certified records of Financial Resources FCU |
| 53 | | | | FRE 902(11) certified United Teletech records |
| 54 | | | | FRE 902(11) certified records of T-Mobile re: 201 844 0144, 908 266 3485 |
| 55 | | | | FRE 902(11) certified records of Bank of America (Bassie) |
| 56 | | | | FRE 902(11) certified records of Capital One (Bassie) |
| 57 | | | | FRE 902(11) certified Members 1st records |
| 58 | | | | FRE 902(11) certified records of Technology CU |
| 59 | | | | FRE 902(11) certified records of Campus USA |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

**_UNITED STATES OF AMERICA v._
_OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:          1:23-CR-491

DATE:              June 9, 2025

PRESIDING JUDGE:   Hon. Mae A.

☒                       GOVERNMENT    ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 60 | | | | FRE 902(11) certified records of TAPCO |
| 61 | | | | FRE 902(11) certified records of PenAir CU |
| 61a | | | | FRE 902(11) certified records of PenAir CU |
| 62 | | | | FRE 902(11) certified records of Harvesters CU |
| 63 | | | | FRE 902(11) certified records of All in CU |
| 64 | | | | FRE 902(11) certified records of Utah First |
| 65 | | | | Phone 1B133 |
| 65a | | | | ### |
| 65b | | | | Information from Phone 1B133 |
| 66 | | | | Adekoya and Daniyan combined communications (no attachments) |

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

_**UNITED STATES OF AMERICA v. OLUWASEUN ADEKOYA, ET AL.**_

CASE NO.:  1:23-CR-491

DATE:  June 9, 2025

PRESIDING JUDGE:  Hon. Mae A.

☒  GOVERNMENT  ☐  DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 67 | | | | Cyprus records |
| 67a | | | | FRE 902(11) certified Cyprus records re: R.B. |
| 68 | | | | FRE 902(11) certified records of Eglin FCU |
| 69 | | | | FRE 902(11) certified records of Chartway FCU |
| 69a | | | | FRE 902(11) certified records of Chartway FCU |
| 70 | | | | Records of Ufirst |
| 71 | | | | FRE 902(11) certified records of NorthCountry FCU re: 2/1/23 transaction |
| 71a | | | | FRE 902(11) certified records of NorthCountry FCU re: 12/9/22 transactions |
| 72 | | | | FRE 902(11) certified records of FedEx |
| 73 | | | | FRE 902(11) certified records of FedEx |

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

**_UNITED STATES OF AMERICA v. OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:          1:23-CR-491

DATE:          June 9, 2025

PRESIDING JUDGE:          Hon. Mae A.

☒          GOVERNMENT   ☐          DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 74 | | | | FRE 902(11) certified USPS shipping records 10/24/22, 10/28/22 |
| 75 | | | | www.creditunionsonline.com |
| 76 | | | | FRE 902(11) certified records of Atlantic Union Bank |
| 77 | | | | FRE 902(11) certified records of Northwest FCU |
| 77a | | | | FRE 902(11) certified records of Northwest FCU |
| 77b | | | | FRE 902(11) certified records of Northwest FCU |
| 78 | | | | FRE 902(11) certified T-Mobile records re: 551 316 0136, 732 277 2914, 512 400 5965, 551 342 5479, 848 348 9994, 201 713 8192 |
| 79 | | | | FRE 902(11) certified records of ABNB |
| 79a | | | | FRE 902(11) certified records of ABNB |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

**_UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:          1:23-CR-491

DATE:              June 9, 2025

PRESIDING JUDGE:   Hon. Mae A.

☒          GOVERNMENT   ☐          DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 80 | | | | FRE 902(11) certified records of NASA FCU |
| 81 | | | | FRE 902(11) certified records of Tidemark |
| 82 | | | | FRE 902(11) certified records of Wells Fargo |
| 82a | | | | FRE 902(11) certified records of Wells Fargo |
| 83 | | | | FRE 902(11) certified records of TD Bank |
| 83a | | | | FRE 902(11) certified USPS records re: money orders on Ex. 83 |
| 84 | | | | FRE 902(11) certified records of Truliant |
| 85 | | | | FRE 902(11) certified records of Eastman |
| 86 | | | | FRE 902(11) certified records of First Choice FCU |
| 87 | | | | FRE 902(11) certified records of JP MorganChase Blue Stone Logistics account |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

***UNITED STATES OF AMERICA v.***
***OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:                  1:23-CR-491

DATE:                      June 9, 2025

PRESIDING JUDGE:           Hon. Mae A.

☒                    GOVERNMENT    ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 88 | | | | FRE 902(11) certified records of Liberty FCU |
| 89 | | | | FRE 902(11) certified records of Wings FCU |
| 90 | | | | FRE 902(11) certified records of Mayo EE's FCU |
| 91 | | | | FRE 902(11) certified records of Carter FCU |
| 92 | | | | FRE 902(11) certified Genisys records |
| 93 | | | | Grow records |
| 94 | | | | FRE 902(11) certified 3Rivers FCU records |
| 95 | | | | FRE 902(11) certified Family Savings records |
| 96 | | | | FRE 902(11) certified iThink records |
| 97 | | | | Adekoya texts with Lin Lin Ma at House of Imports |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

### _UNITED STATES OF AMERICA v._
### _OLUWASEUN ADEKOYA, ET AL._

CASE NO.: 1:23-CR-491

DATE: June 9, 2025

PRESIDING JUDGE: Hon. Mae A.

☒ GOVERNMENT ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 98 | | | | FRE 902(11) certified records of Altra |
| 99 | | | | FRE 902(11) certified records of Royal CU |
| 100 | | | | FRE 902(11) certified records of Connexus |
| 101 | | | | CoreLogic records re: ListSource |
| 102 | | | | Brookside Banquets records |
| 103 | | | | FRE 902(11) certified records of Community America CU |
| 104 | | | | FRE 902(11) certified records of Truity |
| 105 | | | | Records of First Heritage |
| 106 | | | | FRE 902(11) certified records of TD Bank re: Olumodeji accounts |
| 106a | | | | FRE 902(11) certified records of TD Bank re: phone calls |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

***UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:                     1:23-CR-491

DATE:                         June 9, 2025

PRESIDING JUDGE:              Hon. Mae A.

☒                      GOVERNMENT    ☐          DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 106b | | | | FRE 902(11) certified records of TD Bank |
| 106c | | | | FRE 902(11) certified records of TD Bank |
| 106d | | | | FRE 902(11) certified records of TD Bank |
| 106e | | | | FRE 902(11) certified records of TD Bank |
| 106f | | | | FRE 902(11) certified records of TD Bank |
| 106g | | | | FRE 902(11) certified records of TD Bank |
| 106h | | | | FRE 902(11) certified records of TD Bank |
| 107 | | | | FRE 902(11) certified JP Morgan Chase records re: Olumodeji accounts |
| 107a | | | | FRE 902(11) certified JP Morgan Chase records |
| 107b | | | | FRE 902(11) certified JP Morgan Chase records |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

**_UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:    1:23-CR-491

DATE:    June 9, 2025

PRESIDING JUDGE:    Hon. Mae A.

☒    GOVERNMENT    ☐    DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 107c | | | | FRE 902(11) certified JP Morgan Chase records |
| 107d | | | | FRE 902(11) certified JP Morgan Chase records |
| 107e | | | | FRE 902(11) certified JP Morgan Chase records |
| 107f | | | | FRE 902(11) certified JP Morgan Chase records |
| 108 | | | | FRE 902(11) certified Santander records re: Olumodeji account |
| 108a | | | | FRE 902(11) certified Santander records |
| 109 | | | | FRE 902(11) certified Mercedes-Benz Financial records re: Adekoya c300 and GLE 1.15-8.23 |
| 109a | | | | FRE 902(11) certified Mercedes-Benz Financial records re: Adekoya GLE payments through 6.24 |
| 110 | | | | FRE 902(11) certified Block records |
| 110a | | | | FRE 902(11) certified Block records |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

***UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:          1:23-CR-491

DATE:              June 9, 2025

PRESIDING JUDGE:   Hon. Mae A.

☒                  GOVERNMENT    ☐    DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 110b | | | | FRE 902(11) certified Block records |
| 110c | | | | FRE 902(11) certified Block records |
| 111 | | | | FRE 902(11) certified Zelle records |
| 111a | | | | FRE 902(11) certified Zelle records |
| 112 | | | | FRE 902(11) certified Apple Pay records |
| 113 | | | | FRE 902(11) certified AmEx records (Olumodeji and Adekoya) |
| 113a | | | | FRE 902(11) certified AmEx records |
| 114 | | | | FRE 902(11) certified records of Capital One credit cards (Olumodeji and Adekoya) |
| 114a | | | | FRE 902(11) certified Capitol One records |
| 114b | | | | FRE 902(11) certified Capitol One records |

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:          1:23-CR-491

DATE:              June 9, 2025

PRESIDING JUDGE:   Hon. Mae A.

☒          GOVERNMENT   ☐          DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 115 | | | | FRE 902(11) certified United records |
| 115a | | | | FRE 902(11) certified United records |
| 115b | | | | FRE 902(11) certified United records |
| 115c | | | | FRE 902(11) certified United records |
| 116 | | | | FRE 902(11) certified Delta records |
| 116a | | | | FRE 902(11) certified Delta records |
| 116b | | | | FRE 902(11) certified Delta records |
| 117 | | | | FRE 902(11) certified JetBlue records |
| 117a | | | | FRE 902(11) certified JetBlue records |
| 118 | | | | FRE 902(11) certified American Airlines records |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

_**UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.**_

CASE NO.:                1:23-CR-491

DATE:                    June 9, 2025

PRESIDING JUDGE:         Hon. Mae A.

☒                        GOVERNMENT    ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 118a | | | | FRE 902(11) certified American Airlines records |
| 119 | | | | FRE 902(11) certified records of SIXT Rent A Car |
| 120 | | | | FRE 902(11) certified records of PV Holding Corp (Avis) |
| 121 | | | | Plate reader image – Bassie 11/9/23 |
| 122 | | | | FRE 902(11) certified records of Greyhound |
| 123 | | | | FRE 902(11) certified records re: Adekoya surgery 6/22 |
| 124 | | | | Certified copy of Ex-Parte Tax Order on 1:24-mc-0017 (CFH) dated 7/9/2024 |
| 125 | | | | Certificate of non-filing of federal tax returns for Oluwaseun Adekoya, 2021 to 2023 |
| 126 | | | | FRE 902(11) certified records of Element FCU |
| 127 | | | | Certified birth certificate for Adejoke Olumodeji |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

***UNITED STATES OF AMERICA v.***
***OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:                    1:23-CR-491

DATE:                        June 9, 2025

PRESIDING JUDGE:             Hon. Mae A.

☒                       GOVERNMENT    ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 128 | | | | Certified birth certificate for Olumuyiwa Olumodeji |
| 129 | | | | Certified records of Adams County Circuit Court (IN) re: Olumuyiwa OIumodeji (probable cause affidavit and docket sheet) |
| 130 | | | | Photos from arrest in FL on 10/27/22 |
| 131 | | | | FRE 902(11) certified T-Mobile records re: 914 309 0024 (pending trial subpoena return) |
| 132 | | | | FRE 902(11) certified records of USX FCU |
| 133 | | | | FRE 902(11) certified records of InComm |
| 134 | | | | FRE 902(11) certified records of Green Dot |
| 135 | | | | FRE 902(11) certified records of Harvard FCU |
| 136 | | | | FRE 902(11) certified records of Greylock CU |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

**_UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:                    1:23-CR-491

DATE:                          June 9, 2025

PRESIDING JUDGE:      Hon. Mae A.

☒                                        GOVERNMENT    ☐          DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 137 | | | | FRE 902(11) certified records of Adtalem Global re: Olumodeji |
| 138 | | | | Photos from arrest in Cohoes |
| 139 | | | | FRE 902(11) certified records of Robinhood re: Adekoya and Olumodeji |
| 139a | | | | FRE 902(11) certified records of Robinhood |
| 140 | | | | FRE 902(11) certified T-Mobile records re: 201 558 8790, 410 808 2687 (pending trial subpoena return) |
| 141 | | | | www.cutimes.com |
| 142 | | | | FRE 902(11) certified records of Merrill Lynch re: Adekoya and Olumodeji (pending trial subpoena return) |
| 143 | | | | FRE 902(11) certified records of 1 Towne Centre Cliffside Park |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

**_UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:      1:23-CR-491

DATE:      June 9, 2025

PRESIDING JUDGE:      Hon. Mae A.

☒      GOVERNMENT   ☐      DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 144 | | | | FRE 902(11) certified T-Mobile records re: 914 335 0775, 908 718 6364, 332 202 8053, 332 910 2194, 914 566 3425, 415 724 3541, 551 330 1480, 570 846 5805 |
| 144a | | | | FRE 1006 summary chart: calls from 914 335 0775 |
| 144b | | | | FRE 1006 summary chart: calls from 908 718 6364 |
| 144c | | | | FRE 1006 summary chart: calls from 332 202 8053 |
| 144d | | | | FRE 1006 summary chart: calls from 332 910 2194 |
| 144e | | | | FRE 1006 summary chart: calls from 914 566 3425 |
| 144f | | | | FRE 1006 summary chart: calls from 415 724 3541 |
| 144g | | | | FRE 1006 summary chart: calls from 551 330 1480 |
| 144h | | | | FRE 1006 summary chart: calls from 570 846 5805 |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

***UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:              1:23-CR-491

DATE:                 June 9, 2025

PRESIDING JUDGE:      Hon. Mae A.

☒                          GOVERNMENT    ☐          DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 145 | | | | FRE 902(11) certified T-Mobile subscriber records re: 201 702 7147, 201 617 3105, 908 462 7902, 551 330 1480, 908 266 3485, |
| 146 | | | | FRE 902(11) certified Google records for s.maison7519@gmail.com |
| 147 | | | | FRE 902(11) certified records of Hackensack JFK |
| 148 | | | | Certified death certificate of Adebola Adekoya |
| 149 | | | | Certified death certificate of Heather Gaedt |
| 150 | | | | Certified death certificate of Daniel Puff |
| 151 | | | | Transcript of portions of Yoruba jail call from 12/12/2023 |
| 152 | | | | Photos of Daniyan apartment |
| 153 | | | | Photos of Bassie apartment |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

***UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.***

CASE NO.: 1:23-CR-491

DATE: June 9, 2025

PRESIDING JUDGE: Hon. Mae A.

☒             GOVERNMENT   ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 154 | | | | FRE 902(11) certified subscriber records of T-Mobile re: 415 724 4171 and 415 724 1360 |
| 155 | | | | Certified federal income tax return of Adejoke Olumodeji, 2021 |
| 156 | | | | Certified federal income tax return of Adejoke Olumodeji, 2022 |
| 157 | | | | Certified federal income tax return of Adejoke Olumodeji, 2023 |
| 158 | | | | Certified complaint, 5/24/08, New York County |
| 159 | | | | Certified indictment, 6/4/2008, New York County |
| 160 | | | | Certified judgment of conviction, 10/29/08, New York County |
| 161 | | | | Certified transcript, guilty plea, 9/12/08, New York County |
| 162 | | | | Certified transcript, sentencing, 10/29/08, New York County |
| 163 | | | | Certified indictments, Middlesex County, NJ |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

***UNITED STATES OF AMERICA v.***
***OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:    1:23-CR-491

DATE:    June 9, 2025

PRESIDING JUDGE:    Hon. Mae A.

☒    GOVERNMENT    ☐    DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 164 | | | | Certified judgment of conviction, 11/18/15(1), Middlesex County, NJ |
| 165 | | | | Certified judgment of conviction, 11/18/15(2), Middlesex County, NJ |
| 166 | | | | Certified transcript, sentencing, 11/18/15, Middlesex County, NJ |
| 167 | | | | Certified change of judgment of conviction, Hudson County NJ |
| 168 | | | | Certified indictment, Hudson County NJ |
| 169 | | | | Certificate of conviction, Hudson County NJ |
| 170 | | | | Certified transcript, guilty plea, 1/23/17, Hudson County NJ |
| 171 | | | | Certified transcript, sentencing, 1/9/18, Hudson County NJ |
| 172 | | | | Certified second superseding indictment, 5/14/14, District of New Hampshire |
| 173 | | | | Certified judgement of conviction, 3/2/15, District of New Hampshire |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

**_UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:                          1:23-CR-491

DATE:                              June 9, 2025

PRESIDING JUDGE:                   Hon. Mae A.

☒                          GOVERNMENT   ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 174 | | | | Certified transcript, sentencing, 3/2/15, District of New Hampshire |
| 175 | | | | Photograph of Oluwaseun Adekoya and Adejoke Olumodeji |
| 176 | | | | Photograph of David Daniyan |
| 177 | | | | Photograph of Kani Bassie |
| 178 | | | | Photograph of Trouble |
| 179 | | | | Photograph of Thomas Alexis |
| 180 | | | | Photograph of Akeem Balogun |
| 181 | | | | Photograph of Jerjuan Joyner and Victor Barriera |
| 182 | | | | Photograph of Gaysha Kennedy |
| 183 | | | | Photograph of Davon Hunter |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

**_UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:          1:23-CR-491

DATE:              June 9, 2025

PRESIDING JUDGE:   Hon. Mae A.

☒                  GOVERNMENT    ☐    DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 184 | | | | Photograph of Christian Quivers |
| 185 | | | | Photograph of Jermon Brooks |
| 186 | | | | Photograph of Adejoke Olumodeji |
| 187 | | | | FRE 902(11) certified records of Our Community CU |
| 188 | | | | Certified records of Escambia County Sheriff (FL) of detainment of "Bamikole Laniyan" |
| 189 | | | | Certified records of Okaloosa County Sheriff (FL) of detainment of "Bamikole Laniyan" |
| 190 | | | | FRE 902(11) certified AT&T records re: 718 755 9553 |
| 191 | | | | FRE 902(11) certified AT&T records re: 804 709 7654 |
| 192 | | | | FRE 902(11) certified T-Mobile records re: 347 683 5181 |
| 193 | | | | Photograph and video of Crystal Kurschner and BMW X5 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

**_UNITED STATES OF AMERICA v._**
**_OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:          1:23-CR-491

DATE:              June 9, 2025

PRESIDING JUDGE:   Hon. Mae A.

☒                          GOVERNMENT    ☐         DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 194 | | | | FRE 902(11) certified records of Frontier Airlines |
| 195 | | | | FRE 902(11) certified T-Mobile records re: 347 790 3765; 551 375 9531; 859 307 9549 |
| 195a | | | | FRE 1006 summary chart: calls from 347 790 3765 |
| 195b | | | | FRE 1006 summary chart: calls from 859 307 9549 |
| 196 | | | | Certified records of Englewood Cliffs related to traffic infractions of Oluwaseun Adekoya |
| 197 | | | | FRE 902(11) certified records of Citibank N.A. credit cards (Adekoya/Olumodeji) |
| 197a | | | | FRE 902(11) certified records of Citibank N.A. |
| 197b | | | | FRE 902(11) certified records of Citibank N.A. |
| 198 | | | | FRE 902(11) certified records of US Bank credit cards (Adekoya/Olumodeji) |
| 198a | | | | FRE 902(11) certified records of US Bank credit cards |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

**_UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:                1:23-CR-491

DATE:                    June 9, 2025

PRESIDING JUDGE:         Hon. Mae A.

☒                              GOVERNMENT   ☐         DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 199 | | | | FRE 902(11) certified records of Bank of America credit cards (Adekoya/Olumodeji) |
| 200 | | | | FRE 902(11) certified records of Credit One credit cards (Adekoya/Olumodeji) |
| 200a | | | | FRE 902(11) certified records of Credit One credit cards |
| 201 | | | | FRE 902(11) certified records of Capital One Auto Finance re C300 |
| 201a | | | | FRE 902(11) certified records of Capital One Auto Finance |
| 202 | | | | FRE 902(11) certified records of Coinbase (Adekoya/Olumodeji) |
| 203 | | | | FRE 902(11) certified records of ETrade (Adekoya/Olumodeji) |
| 204 | | | | FRE 902(11) certified records of Hertz |
| 205 | | | | FRE 902(11) certified records of Avis |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

***UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:                1:23-CR-491

DATE:                    June 9, 2025

PRESIDING JUDGE:         Hon. Mae A.

☒            GOVERNMENT        ☐            DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 206 | | | | FRE 1006 summary chart: Bank Account Activity – Adekoya/Olumodeji (from Exs. 106, 106a, 106b, 106c, 106d, 106e, 106f, 106g, 106h, 107, 107a, 107b, 107c, 107d, 107e, 107f, 108, 108a, 209, 265, 134, 143, 30a, 113, 113a, 114, 114a, 114b, 197, 197a, 197b, 198, 198a, 200, 200a) |
| 207 | | | | FRE 902(11) certified records of Dime Bank (Bassie) |
| 208 | | | | FRE 902(11) certified records of JP Morgan acct. ending x3044 |
| 208a | | | | FRE 902(11) certified USPS money orders on Ex. 208 |
| 209 | | | | FRE 902(11) certified records of PayPal (Adekoya/Olumodeji) |
| 210 | | | | Essex County Correctional Facility – 12/12/23 and 12/18/23 calls of Adekoya |
| 211 | | | | Albany County Correctional Facility – Adekoya/Bassie and Adekoya/Brooks recordings |
| 211a | | | | 11/08/2024 Adekoya/Bassie Call, Clip 1 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

**_UNITED STATES OF AMERICA v._**
**_OLUWASEUN ADEKOYA, ET AL._**

CASE NO.: 1:23-CR-491

DATE: June 9, 2025

PRESIDING JUDGE: Hon. Mae A.

☒    GOVERNMENT    ☐    DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 211a-T | | | | Transcript of 211a |
| 211b | | | | 11/08/2024 Adekoya/Bassie Call, Clip 2 |
| 211b-T | | | | Transcript of 211b |
| 211c | | | | 11/08/2024 Adekoya/Bassie Call, Clip 3 |
| 211c-T | | | | Transcript of 211c |
| 211d | | | | 11/11/2024 Adekoya/Bassie Call, Clip 1 |
| 211d-T | | | | Transcript of 211d |
| 211e | | | | 11/11/2024 Adekoya/Bassie Call, Clip 2 |
| 211e-T | | | | Transcript of 211e |
| 211f | | | | 11/12/2024 Adekoya/Bassie Call, Clip 1 |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

**_UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:          1:23-CR-491

DATE:              June 9, 2025

PRESIDING JUDGE:   Hon. Mae A.

☒          GOVERNMENT    ☐          DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 211f-T | | | | Transcript of 211f |
| 211g | | | | 11/12/2024 Adekoya/Bassie Call, Clip 2 |
| 211g-T | | | | Transcript of 211g |
| 211h | | | | 11/12/2024 Adekoya/Bassie Call, Clip 3 |
| 211h-T | | | | Transcript of 211h |
| 211i | | | | 11/12/2024 Adekoya/Bassie Call, Clip 4 |
| 211i-T | | | | Transcript of 211i |
| 211j | | | | 12/05/2024 Brooks/Adekoya Call, Clip 1 |
| 211j-T | | | | Transcript of 211j |
| 211k | | | | 12/05/2024 Brooks/Adekoya Call, Clip 2 |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

**_UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:             1:23-CR-491

DATE:                 June 9, 2025

PRESIDING JUDGE:      Hon. Mae A.

☒                                  GOVERNMENT   ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 211k-T | | | | Transcript of 211k |
| 211l | | | | 12/30/2024 Brooks/Adekoya Call, Clip 1 |
| 211l-T | | | | Transcript of 211l |
| 211m | | | | 12/30/2024 Brooks/Adekoya Call, Clip 2 |
| 211m-T | | | | Transcript of 211m |
| 211n | | | | 12/30/2024 Brooks/Adekoya Call, Clip 3 |
| 211n-T | | | | Transcript of 211n |
| 211o | | | | 12/30/2024 Brooks/Adekoya Call, Clip 4 |
| 211o-T | | | | Transcript of 211o |
| 211p | | | | 12/30/2024 Brooks/Adekoya Call, Clip 5 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

***UNITED STATES OF AMERICA v.***
***OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:         1:23-CR-491

DATE:             June 9, 2025

PRESIDING JUDGE:    Hon. Mae A.

☒             GOVERNMENT    ☐      DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 211p-T | | | | Transcript of 211p |
| 211q | | | | 12/30/2024 Brooks/Adekoya Call, Clip 6 |
| 211q-T | | | | Transcript of 211q |
| 211r | | | | 12/30/2024 Brooks/Adekoya Call, Clip 7 |
| 211r-T | | | | Transcript of 211r |
| 211s | | | | 12/30/2024 Brooks/Adekoya Call, Clip 8 |
| 211s-T | | | | Transcript of 211s |
| 211t | | | | 12/30/2024 Brooks/Adekoya Call, Clip 9 |
| 211t-T | | | | Transcript of 211t |
| 211u | | | | 12/30/2024 Brooks/Adekoya Call, Clip 10 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

***UNITED STATES OF AMERICA v.***
***OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:                1:23-CR-491

DATE:                    June 9, 2025

PRESIDING JUDGE:         Hon. Mae A.

☒                        GOVERNMENT  ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 211u-T | | | | Transcript of 211u |
| 211v | | | | 12/30/2024 Brooks/Adekoya Call, Clip 11 |
| 211v-T | | | | Transcript of 211y |
| 211w | | | | 01/01/2025 Adekoya/Bassie Call, Clip 1 |
| 211w-T | | | | Transcript of 211w |
| 211x | | | | 01/01/2025 Adekoya/Bassie Call, Clip 2 |
| 211x-T | | | | Transcript of 211x |
| 211y | | | | 01/01/2025 Adekoya/Bassie Call, Clip 3 |
| 211y-T | | | | Transcript of 211y |
| 211z | | | | 01/01/2025 Adekoya/Bassie Call, Clip 4 |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

**_UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:          1:23-CR-491

DATE:            June 9, 2025

PRESIDING JUDGE:   Hon. Mae A.

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 211z-T | | | | Transcript of 211z |
| 211aa | | | | 01/01/2025 Adekoya/Bassie Call, Clip 5 |
| 211aa-T | | | | Transcript of 211aa |
| 211bb | | | | 01/01/2025 Adekoya/Bassie Call, Clip 6 |
| 211bb-T | | | | Transcript of 211bb |
| 211cc | | | | 01/01/2025 Adekoya/Bassie Call, Clip 7 |
| 211cc-T | | | | Transcript of 211cc |
| 211dd | | | | 01/01/2025 Adekoya/Bassie Call, Clip 8 |
| 211dd-T | | | | Transcript of 211dd |
| 211ee | | | | 01/01/2025 Adekoya/Bassie Call, Clip 9 |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

*__UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.__*

CASE NO.:           1:23-CR-491

DATE:               June 9, 2025

PRESIDING JUDGE:    Hon. Mae A.

☒                           GOVERNMENT     ☐          DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 211ee-T | | | | Transcript of 211ee |
| 211ff | | | | 01/01/2025 Adekoya/Bassie Call, Clip 10 |
| 211ff-T | | | | Transcript of 211ff |
| 211gg | | | | 01/31/2025 Adekoya/Bassie Call, Clip 1 |
| 211gg-T | | | | Transcript of 211gg |
| 211hh | | | | 01/31/2025 Adekoya/Bassie Call, Clip 2 |
| 211hh-T | | | | Transcript of 211hh |
| 211ii | | | | 01/31/2025 Adekoya/Bassie Call, Clip 3 |
| 211ii-T | | | | Transcript of 211ii |
| 211jj | | | | 01/31/2025 Adekoya/Bassie Call, Clip 4 |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

### _UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL._

CASE NO.:         1:23-CR-491

DATE:         June 9, 2025

PRESIDING JUDGE:         Hon. Mae A.

☒         GOVERNMENT    ☐         DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 211jj-T | | | | Transcript of 211jj |
| 211kk | | | | 02/12/2025 Adekoya/Bassie Call, Clip 1 |
| 211kk-T | | | | Transcript of 211kk |
| 211ll | | | | 02/26/2025 Adekoya/Bassie Call, Clip 1 |
| 211ll-T | | | | Transcript of 211ll |
| 211mm | | | | 03/12/2025 Adekoya/Bassie Call, Clip 1 |
| 211mm-T | | | | Transcript of 211mm |
| 211nn | | | | 03/12/2025 Adekoya/Bassie Call, Clip 2 |
| 211nn-T | | | | Transcript of 211nn |
| 211oo | | | | 03/12/2025 Adekoya/Bassie Call, Clip 3 |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

**_UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:              1:23-CR-491

DATE:               June 9, 2025

PRESIDING JUDGE:    Hon. Mae A.

☒          GOVERNMENT   ☐      DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 211oo-T | | | | Transcript of 211oo |
| 211pp | | | | 03/12/2025 Adekoya/Bassie Call, Clip 4 |
| 211pp-T | | | | Transcript of 211pp |
| 211qq | | | | 03/30/2025 Adekoya/Bassie Call, Clip 1 |
| 211qq-T | | | | Transcript of 211qq |
| 211rr | | | | 03/30/2025 Adekoya/Bassie Call, Clip 2 |
| 211rr-T | | | | Transcript of 211rr |
| 211ss | | | | 3/11/2025 Adekoya/Bassie Call, Clip 1 |
| 211ss-T | | | | Transcript of 211ss |
| 212 | | | | Transcript of portions of Yoruba jail call from 12/18/2023 |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

***UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:          1:23-CR-491

DATE:              June 9, 2025

PRESIDING JUDGE:   Hon. Mae A.

☒                        GOVERNMENT   ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 213 | | | | FRE 902(11) certified records of NextMark CU |
| 214 | | | | FRE 902(11) certified records of Ardent CU |
| 215 | | | | FRE 902(11) certified records of Bayer Heritage FCU |
| 216 | | | | FRE 902(11) certified records of California Coast CU |
| 217 | | | | FRE 902(11) certified records of Chessie FCU |
| 218 | | | | FRE 902(11) certified records of Commonwealth One FCU |
| 219 | | | | FRE 902(11) certified records of Corning CU |
| 220 | | | | FRE 902(11) certified records of Digital FCU |
| 221 | | | | FRE 902(11) certified records of Educational Systems FCU |
| 222 | | | | FRE 902(11) certified records of First Peoples Community FCU |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

***UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:         1:23-CR-491

DATE:         June 9, 2025

PRESIDING JUDGE:         Hon. Mae A.

☒         GOVERNMENT    ☐         DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 223 | | | | FRE 902(11) certified records of Jeanne D'Arc |
| 224 | | | | FRE 902(11) certified records of Market USA FCU |
| 225 | | | | FRE 902(11) certified records of BECU |
| 226 | | | | FRE 902(11) certified records of Premier America CU |
| 227 | | | | FRE 902(11) certified records of Signal FCU |
| 228 | | | | FRE 902(11) certified records of SkyPoint FCU |
| 229 | | | | FRE 902(11) certified records of Apple FCU |
| 230 | | | | FRE 902(11) certified records of DEXSTA FCU |
| 231 | | | | FRE 902(11) certified records of edU FCU |
| 232 | | | | FRE 902(11) certified records of Freedom CU |

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

**_UNITED STATES OF AMERICA v. OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:        1:23-CR-491

DATE:            June 9, 2025

PRESIDING JUDGE: Hon. Mae A.

☒                            GOVERNMENT   ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 233 | | | | FRE 902(11) certified records of GFA FCU |
| 234 | | | | FRE 902(11) certified records of River Valley CU |
| 235 | | | | |
| 236 | | | | FRE 902(11) certified records of Jovia CU |
| 237 | | | | FRE 1006 summary chart: credit card activity (Adekoya/Olumodeji) (from Exs. 106, 106b, 106d, 106e, 106f, 106g, 107, 107b, 107d, 107e, 30a, 113, 113a, 114, 114a, 114b, 197, 197a, 197b, 198, 198a, 199, 200, 200a) |
| 238 | | | | FRE 1006 summary chart: bank account deposits (Adekoya/Olumodeji) (from Exs. 106, 106a, 106b, 106c, 106d, 106e, 106f, 106g, 106h, 107, 107a, 107b, 107c, 107d, 107e, 107f, 108, 108a) |

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

***UNITED STATES OF AMERICA v. OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:      1:23-CR-491

DATE:      June 9, 2025

PRESIDING JUDGE:      Hon. Mae A.

☒ GOVERNMENT      ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 239 | | | | FRE 1006 summary chart: s deposits and cash withdrawals (Adekoya/Olumodeji) (from Exs. 106, 106a, 106b, 106c, 106d, 106e, 106f, 106g, 106h, 107, 107a, 107b, 107c, 107d, 107e, 107f, 108, 108a) |
| 240 | | | | FRE 1006 summary chart: average monthly cash deposits TD Bank account ending x3814 (from Exs. 106, 106a, 106b, 106c, 106d, 106e, 106f, 106g, 106h) |
| 241 | | | | FRE 1006 summary chart: cash and potential cash payments to credit cards (from Exs. 106, 106b, 106d, 106e, 106f, 106g, 107, 107b, 107d, 107e, 108, 108a, 113, 113a, 114, 114a, 114b, 197, 197a, 197b, 198, 198a, 199, 200, 200a) |
| 242 | | | | FRE 1006 summary chart: Capital One Auto Finance payments (from Exs. 106, 106b, 106d, 106e, 106f, 106g, 107, 107b, 107d, 107e, 201, 201a) |
| 243 | | | | FRE 1006 summary chart: Mercedes-Benz payments (from Exs. 106, 106b, 106d, 106e, 106f, 106g, 107, 107b, 107d, 107e, 109, 109a) |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

**_UNITED STATES OF AMERICA v._**
**_OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:              1:23-CR-491

DATE:                  June 9, 2025

PRESIDING JUDGE:       Hon. Mae A.

☒                      GOVERNMENT    ☐           DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 244 | | | | FRE 1006 summary chart: Coinbase (from Ex. 202) |
| 245 | | | | FRE 1006 summary chart: Robinhood, ETrade (from Exs. 139, 139a, 203, 107e) |
| 246 | | | | FRE 1006 summary chart: flights, car rentals, and bus travel (from Exs. 36, 36a, 115, 115a-c, 116, 116a, 116b, 117, 117a, 118, 118a, 119, 120, 122, 194, 204, 205) |
| 247 | | | | FRE 1006 summary chart: peer-to-peer transactions (from Exs. 110, 110a-c, 111, 111a, 112) |
| 248 | | | | FRE 1006 summary chart: Bassie bank and credit card activity (from Exs. 55, 56, 207) |
| 249 | | | | FRE 1006 summary chart: JPMorgan Chase acct. ending x0860 (from Ex. 87) |
| 250 | | | | FRE 1006 summary chart: Wells Fargo acct. ending x1981 (from Ex. 82a) |
| 251 | | | | FRE 1006 summary chart: TD Bank acct. ending x6665 (from Exs. 83, 83a) |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

***UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:                    1:23-CR-491

DATE:                        June 9, 2025

PRESIDING JUDGE:             Hon. Mae A.

☒                    GOVERNMENT    ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 252 | | | | FRE 1006 summary chart: JPMorgan Chase acct. ending x3044 (from Exs. 208, 208a) |
| 253 | | | | FRE 1006 summary chart: impersonation transactions (from all credit union and bank records and phone communications exhibits) |
| 254 | | | | FRE 902(11) certified Finex Credit Union records |
| 255 | | | | Certified records of Bartow County (GA) re: Heather Gaedt detention and arrest |
| 256 | | | | Certified records of Coweta County (GA) re: Heather Gaedt detention and arrest |
| 257 | | | | Phone 1B90 |
| 257a | | | | Extraction of Phone 1B90 |
| 257b | | | | Information from Phone 1B90 |
| 258 | | | | FRE 902(11) certified records of T-Mobile re: 551 209 8822 |

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

**_UNITED STATES OF AMERICA v. OLUWASEUN ADEKOYA, ET AL._**

CASE NO.:                1:23-CR-491

DATE:                    June 9, 2025

PRESIDING JUDGE:         Hon. Mae A.

☒                    GOVERNMENT    ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 258a | | | | FRE 1006 summary chart: communications from Ex. 258 |
| 259 | | | | Google Drive records of Coconspirator 17 |
| 260 | | | | NY wage records for Olumodeji (pending trial subpoena) |
| 261 | | | | NJ wage records for Olumodeji |
| 262 | | | | Phone ca |
| 262a | | | | Extraction of Phone 1B60 |
| 262b | | | | Information from Phone 1B60 |
| 263 | | | | Photos from Cohoes PD |
| 264 | | | | Photos from Okaloosa County |
| 265 | | | | FRE 902(11) certified records of Chime Inc. (Sendwave) |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

***UNITED STATES OF AMERICA v.***
***OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:          1:23-CR-491

DATE:              June 9, 2025

PRESIDING JUDGE:   Hon. Mae A.

☒              GOVERNMENT    ☐              DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 266 | | | | FRE 902(11) certified TracFone records re IMEI 353896103210799 |
| 267 | | | | FRE 902(11) certified T-Mobile records re IMEI 353896103210799 |
| 268 | | | | Cooperation agreement of Coconspirator 3 |
| 269 | | | | Cooperation agreement of Coconspirator 4 |
| 270 | | | | Cooperation agreement of Coconspirator 6 |
| 271 | | | | Cooperation agreement of Coconspirator 8 |
| 272 | | | | Cooperation agreement of Coconspirator 9 |
| 273 | | | | Cooperation agreement of Coconspirator 10 |
| 274 | | | | Cooperation agreement of Coconspirator 11 |
| 275 | | | | Cooperation agreement of Coconspirator 17 |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

***UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.***

| | |
|---|---|
| CASE NO.: | 1:23-CR-491 |
| DATE: | June 9, 2025 |
| PRESIDING JUDGE: | Hon. Mae A. |

☒　　　　　　　　　　GOVERNMENT　☐　　　　DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 276 | | | | Cooperation agreement of Coconspirator 20 |
| 277 | | | | Cooperation agreement of Coconspirator 12 |
| 278 | | | | Cooperation agreement of Coconspirator 5 |
| 279 | | | | FRE 902(11) certified records of America's Credit Union |
| 280 | | | | FRE 902(11) certified records of West Virginia Central FCU (pending subpoena return) |
| 281 | | | | FRE 1006 summary chart: Adekoya and Olumodeji Bank and Credit Card Transactions: November 1, 2021 – December 12, 2023 (from Exs. 106, 106a, 106b, 106c, 106d, 106e, 106f, 106g, 106h, 107, 107a, 107b, 107c, 107d, 107e, 107f, 108, 108a, 134, 265, 30a, 113, 113a, 114, 114a, 114b, 197, 197a, 197b, 198, 198a, 199, 200, 200a)) |
| 282 | | | | FRE 902(11) certified T-Mobile records re: 201 989 7451 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**NEW YORK**

***UNITED STATES OF AMERICA v.***
***OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:                1:23-CR-491

DATE:                    June 9, 2025

PRESIDING JUDGE:         Hon. Mae A.

☒          GOVERNMENT      ☐          DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 283 | | | | FRE 902(11) certified records of Citibank, N.A. |
| 284a | | | | FRE 1006 summary of calls to financial entities – T-Mobile (from Exs. 144, 195, 258) |
| 284b | | | | FRE 1006 summary of outgoing court related calls (from Exs. 144, 258) |
| 284c | | | | FRE 1006 summary of outgoing calls to coconspirators (from Exs. 144, 258) |
| 285 | | | | Certified Hudson County plea form |
| 286 | | | | Certified Hudson County complaint |
| 287 | | | | IDs from Heather Gaedt 9/22/23 |
| 288 | | | | Guardado Instant Messages |
| 289 | | | | FRE 902(11) certified records of Mt. Sinai-Queens |
| 290 | | | | Photo of Danielle Cappetti |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK**

***UNITED STATES OF AMERICA v.
OLUWASEUN ADEKOYA, ET AL.***

CASE NO.:                1:23-CR-491

DATE:                     June 9, 2025

PRESIDING JUDGE:    Hon. Mae A.

☒                         GOVERNMENT      ☐        DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 291 | | | | Albany County Jail Call Log |
| 292 | | | | 1B177 (Quivers phone) |
| 293 | | | | Ace G. Butcher PII (subset of Ex. 2(b)) |
| 294 | | | | SANTA Callahan PII |
| 295 | | | | Ace G. communications (subset of Ex. 2(e)) |

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin S. Clark, hereby certify that on June 8, 2025, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system and will hand deliver the same to defendant Oluwaseun Adekoya on June 9, 2025.

By:    /s/ Benjamin S. Clark

Benjamin S. Clark
Assistant United States Attorney