Tuesday, June 10, 2025
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**UNITED STATES OF AMERICA,**

    vs.

                                               1:23-cr-491 (MAD)

**OLUWASEUN ADEKOYA,**
        Defendant.

---

APPEARANCES:    Office of the U.S. Attorney for the NDNY by: **Benjamin Clark, AUSA, Joshua Rosenthal, AUSA, and Matthew Paulbeck, AUSA** for the Government.

                        Pro se Defendant: **Oluwaseun Adekoya**, defendant.

                        O'Connell and Aronowicz by: **Ryan Forbes, Esq.,** stand-by counsel for defendant.

### CRIMINAL JURY TRIAL - DAY 2 – Tuesday, June 10, 2025

8:49 a.m.    Judge D'Agostino enters and addresses counsel.
Juror no. 6 has been excused from service – Alternate no. 1 will now replace juror no. 6.

Evidence is addressed with counsel regarding Self-Authenticating Government Exhibits – the Court rules that Government Exhibits G-15, 22, 24, 25, 28, 29, 30, 30a, 31, 33, 35, 36, 36a, 38, 38a, 40, 40a, 41, 42, 44, 45, 48 through 61a, 63, 64, 69, 69a, 71 through 74, 76 through 94, 95, 96, 98, 99, 100, 103, 104, 106, 106a, 106b, 106c, 106d, 106e, 106f, 106g, 106h, 107, 107b, 107d, 107e, 108, 108a, 109, 109a, 111, 111a, 112, 113, 114 through 120, 122, 126, 132 through 137, 139, 139a, 143, 144, 145, 146, 154, 187, 190, 191, 192, 194, 195, 197 through 209, 213 through 234, 236, 254, 258, 265, 266, 267, 279, 280, 282, 283.

The above listed exhibits also meet the hearsay exception, with the exception of exhibits G-197, G-198, G-216, and G-226.

Certified public records Exhibits that are Authentic and Admissible - exhibits 127 through 129, 148 through 150, 155 through 174, 188, 189, 196, 255, and 256.

Tuesday, June 10, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 2

| | |
|---|---|
| 9:19 a.m. | The jury enters. |
| 9:19 a.m. | The Government moves to offer the following exhibits into evidence – **G-15, 22, 24, 25, 26, 28, 29, 30, 30a, 31, 33, 35, 36, 36a, 38, 38a, 40, 40a, 41, 42, 44, 45, 48 through 61a, 63, 64, 69, 69a, 71 through 74, 76 through 94, 95, 96, 98, 99, 100, 103, 104, 106, 106a, 106b, 106c, 106d, 106e, 106f, 106g, 106h, 107, 107b, 107d, 107e, 108, 108a, 109, 109a, 111, 111a, 112, 113, 114 through 120, 122, 126, 132 through 137, 139, 139a, 143, 144, 145, 146, 154, 187, 190, 191, 192, 194, 195, 199 through 209, 213 through 234, 236, 254, 258, 265, 266, 267, 279, 280, 282, 283**. |
| 9:33 a.m. | The Government calls as its *2nd witness*, **SHANE SHOEMAKER**. The witness is sworn and questioned. G-43 presented to witness and offered into evidence. **G-43 is Accepted and Received. G-144** presented to witness. |
| 10:31 a.m. | Defense cross-examination of witness, **SHANE SHOEMAKER**. **G-43** presented to witness. G-144c is stipulated into evidence. **G-144c is Accepted and Received**. |
| 10:42 a.m. | Government re-direct-examination of witness, **SHANE SHOEMAKER**. **G-144c and G-43** presented to witness. |
| 10:43 a.m. | Defense re-cross-examination of witness, **SHANE SHOEMAKER**. |
| 10:46 a.m. | The Government calls as its *3rd witness*, **JOSEPH LOWRY, Albany County Sheriff Commander**. The witness is sworn and questioned. G-211 is Accepted and Received for identification purposes only. G-291 presented to witness and offered into evidence. **G-291 Accepted and Received**. |
| 11:06 a.m. | Recess. |
| 11:24 a.m. | The Government calls as its *4th witness*, **PHIL FLOR, Essex County Sheriff's Office**. The witness is sworn and questioned. G-210 presented to witness and offered into evidence for identification purposes. G-210 Accepted and Received for identification. |
| 11:34 a.m. | The Government calls as its *5th witness*, **ATHANASIOS YFANTIS**. The witness is sworn and questioned. |

Tuesday, June 10, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 3

| | |
|---|---|
| 11:37 a.m. | sidebar with counsel to address the defendant's objection to testimony by this witness. |
| 11:39 a.m. | The Government continues direct-examination of witness, **ATHANASIOS YFANTIS**. G-102 presented to witness and offered into evidence. **G-102 Accepted and Received**. |
| 11:47 a.m. | Defense cross-examination of witness, **ATHANASIOS YFANTIS**. |
| 11:49 a.m. | The Government calls as its *6th witness*, **MICHELLE GOLLER, FBI Special Agent**. The witness is sworn and questioned. G-19, G-4, G-6, G-7, G-8, G-257, G-5 presented to witness and offered into evidence. **G-19, G-4, G-6, G-7, G-8, G-257, G-5 Accepted and Received**. |
| 12:05 p.m. | Defense cross-examination of witness, **MICHELLE GOLLER, FBI Special Agent**. |
| 12:07 p.m. | Government re-direct-examination of witness, **MICHELLE GOLLER, FBI Special Agent**. |
| 12:07 p.m. | Defense re-cross-examination of witness, **MICHELLE GOLLER, FBI Special Agent**. |
| 12:09 p.m. | The Government calls as its *7th witness*, **DAVID QUAID TRAVES, FBI Special Agent**. The witness is sworn and questioned. G-20, G-21 presented to witness and offered into evidence. **G-20, G-21 Accepted and Received**. |
| 12:13 p.m. | Sidebar regarding G-21 – **G-21 is Accepted and Received**. |
| 12:16 p.m. | The Government continues direct-examination of witness, **DAVID QUAID TRAVES, FBI Special Agent**. **G-21** presented to witness. |
| 12:17 p.m. | Defense cross-examination of witness, **DAVID QUAID TRAVES, FBI Special Agent**. |
| 12:18 p.m. | Lunch recess until 1:20 p.m. |
| 1:45 p.m. | Judge D'Agostino enters. |
| 1:47 p.m. | The Jury enters. |

Tuesday, June 10, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 4

| Time | Event |
|---|---|
| 1:47 p.m. | The Government calls as its *8th witness*, **PAUL DIBBLE**. The witness is sworn and questioned. |
| 1:58 p.m. | Defense cross-examination of witness, **PAUL DIBBLE**. |
| 2:01 p.m. | Government re-direct-examination of witness, **PAUL DIBBLE**. |
| 2:02 p.m. | Defense re-cross-examination of witness, **PAUL DIBBLE**. |
| 2:03 p.m. | The Government calls as its *9th witness*, **JORDAN BURCH, Deputy Sheriff Fayette County Georgia**. The witness is sworn and questioned. G-13a, G-12, G-16 presented to witness and offered into evidence. **G-13a, G-12, G-16 is Accepted and Received**. |
| 2:18 p.m. | The Government calls as its *10th witness*, **BRADLEY SMITH, Captain City of Morrow Police Department**. The witness is sworn and questioned. **G-12** is presented to witness. |
| 2:20 p.m. | The Government calls as it's *11th witness*, **ANDREW STROBELT, FBI Special Agent**. Witness sworn and questioned. |
| 2:25 p.m. | Defense cross-examination of witness, **ANDREW STROBELT, FBI Special Agent**. |
| 2:25 p.m. | Government re-direct-examination of witness, **ANDREW STROBELT, FBI Special Agent**. |
| 2:26 p.m. | The Government calls as its *12th witness*, **ALEJANDRO VARGAS, FBI Computer Scientist**. The witness is sworn and questioned. **G-7, G-257, G-5, G-12, G-65** presented to witness. G-7a, G-257a, G-257b, G-5a, G-65, G-12a, G-8a, G-6a, G-1a, G-2a, G-3a presented to witness. **G-257b Accepted and Received**. **G-146 presented to witness**. |
| 2:59 p.m. | Defense cross-examination of witness, **ALEJANDRO VARGAS, FBI Computer Scientist**. |
| 3:04 p.m. | Government re-direct-examination of witness, **ALEJANDRO VARGAS, FBI Computer Scientist**. |

Tuesday, June 10, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 5

| | |
|---|---|
| 3:06 p.m. | The Government calls as its *13th witness*, **BONNIE L. MOONEY**. The witness is sworn and questioned. |
| 3:11 p.m. | Sidebar with counsel – The defendant's objection is overruled. |
| 3:14 p.m. | The Government continues direct-examination of witness, **BONNIE L. MOONEY**. G-260 presented to witness and offered into evidence. **G-260 is Accepted and Received**. |
| 3:22 p.m. | Defense cross-examination of witness, **BONNIE L. MOONEY**. |
| 3:22 p.m. | Recess. |
| 3:38 p.m. | Judge D'Agostino enters. |
| 3:40 p.m. | The Jury enters. |
| 3:40 p.m. | The Government calls as its *14th witness*, **PAMELA WICKES, FBI Forensic Accountant**. The witness is sworn and questioned. G-281, G-238, G-239 presented to witness and offered into evidence. **G-281 Accepted and Received**. |
| 3:58 p.m. | Sidebar with counsel re G-238 – the objection is sustained. |
| 4:00 p.m. | The Government continues direct-examination of witness, **PAMELA WICKES, FBI Forensic Accountant**. G-239, G-247 presented to witness and offered into evidence. **G-106h, G-281** presented to witness. |
| 4:14 p.m. | Sidebar with counsel regarding G-247. |
| 4:16 p.m. | The Government continues direct-examination of witness, **PAMELA WICKES, FBI Forensic Accountant**. **G-247 Accepted and Received subject to connection.** G-246 presented to witness and offered into evidence. **G-246 Accepted and Received subject to connection**. |
| 4:26 p.m. | Defense cross-examination of witness, **PAMELA WICKES, FBI Forensic Accountant**. **G-246** presented to witness. |
| 4:30 p.m. | Sidebar with counsel. |

Tuesday, June 10, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 6

| | |
|---|---|
| 4:32 p.m. | Defense continues cross-examination of witness, **PAMELA WICKES, FBI Forensic Accountant**. |
| 4:34 p.m. | Government re-direct-examination of witness, **PAMELA WICKES, FBI Forensic Accountant**. **G-106c, G-281, G-40, G40a** presented to witness. G-246 presented to witness. |
| 4:48 p.m. | Defense re-cross-examination of witness, **PAMELA WICKES, FBI Forensic Accountant**. |
| 4:51 p.m. | The jury is excused until tomorrow, June 11, 2025 at 9:00 a.m. |
| 4:52 p.m. | Mr. Adekoya address the Court:<br>Adekoya raises an issue with V.B. in ACCF.<br>He asked for subpoena of jail records/video records.<br>Mr. Forbes said they made an oral request and advised he would file a subpoena that Mr. Adekoya prepares.<br>Mr. Adekoya requests daily transcript – The defendant's request is DENIED. If ultimately there is a question about testimony, The Court can ask the court reporter to find some thing in the record, but it is not the Court's intention to have daily transcripts prepared.<br>Mr. Adekoya asks for a daily list of witnesses the Government intends to call. The defendant's request is GRANTED – the defendant is pro se, let him know generally who the Government plan to call the following day – at the end of Each day.  The same courtesy must be shown by defendant to the Government if he intends to call witnesses.<br>Mr. Adekoya informs the Court that he has jury instructions – he will submit his proposed instructions on Monday, 6/16/25.<br>The Court will provide the parties with jury instructions earlier than usual, because Mr. Adekoya is representing himself.  The Court will provide the proposed instructions ABOUT two days before. |
| 5:00 p.m. | Court stands adjourned until tomorrow, June 11, 2025 at 9:00 a.m. |