Wednesday, June 11, 2025
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**UNITED STATES OF AMERICA,**

    vs.

                                                             1:23-cr-491 (MAD)

**OLUWASEUN ADEKOYA,**
        **Defendant.**

---

APPEARANCES:    Office of the U.S. Attorney for the NDNY by: **Benjamin Clark, AUSA, Joshua Rosenthal, AUSA, and Matthew Paulbeck, AUSA** for the Government.

                           Pro se Defendant: **Oluwaseun Adekoya**, defendant.

                           O'Connell and Aronowicz by: **Ryan Forbes, Esq.,** stand-by counsel for defendant.

### CRIMINAL JURY TRIAL - DAY 3 – Wednesday, June 11, 2025

| | |
|---|---|
| 9:04 a.m. | Judge D'Agostino enters and addresses counsel regarding a question from juror no. 3. |
| 9:09 a.m. | Juror no. 3 enters |
| 9:09 a.m. | The Courtroom addresses juror no. 3 regarding a question she has raised with the Court regarding sustaining objections. |
| 9:12 a.m. | Sidebar with counsel. |
| 9:14 a.m. | The note written by juror no. 3 is marked - Court Exhibit no. 1. |
| 9:15 a.m. | Juror excused back to the deliberation room. |
| 9:15 a.m. | Counsel for the Government addresses the Court regarding Giglio material provided to Mr. Adekoya this morning, which he reviewed last week, relating to some of the witness testimony scheduled for today. |

Tuesday, June 10, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 2

| | |
|---|---|
| 9:17 a.m. | Mr. Adekoya addresses the Court regarding his objections to Expert testimony by Martins Ayelomi. |
| 9:19 a.m. | The court addresses the matters raised by the Government and the Defense. |
| 9:22 a.m. | recess. |
| 9:25 a.m. | Judge D'Agostino enters. |
| 9:27 a.m. | The Jury enters. Judge D'Agostino addresses the jury. |
| 9:27 a.m. | The Government calls as its *15th witness*, **ALLISON HERON**. The witness is sworn and questioned. G-23 presented to witness and offered into evidence. **G-23 Accepted and Received**. |
| 9:56 a.m. | Sidebar with counsel – objection overruled. |
| 9:57 a.m. | The Government continues direct examination of witness, **ALLISON HERON**. **G-23, G-144, G-44, G-220, G-145** presented to the witness. |
| 10:24 a.m. | Defense cross-examination of witness, **ALLISON HERON**. |
| 10:27 a.m. | Sidebar with counsel regarding the next witness. |
| 10:29 a.m. | The jury is excused for a brief recess. |
| 10:29 a.m. | The Government addresses the Court regarding Jencks and Giglio evidence that has previously been reviewed by the defendant and has been provided to Mr. Adekoya today in electronic and printed format. That evidence must be returned to the Government after the witness testifies. |
| 10:45 a.m. | Judge D'Agostino enters. |
| 10:47 a.m. | The Jury enters. |
| 10:48 a.m. | The Government calls as its *16th witness*, **CO-CONSPIRATOR Number 6**. The witness is sworn and questioned. G-183, G-177, G-184, G-185, G-10a (voice recording attached to page 57) presented to witness and offered into evidence. **G-183, G-177, G-184, G-185 Accepted and Received**. **G-84** presented to witness. |

Tuesday, June 10, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 3

| | |
|---|---|
| 11:10 a.m. | Sidebar with counsel regarding **G-10a (recording attached to page 57) – Accepted and Received, subject to connection**. |
| 11:15 a.m. | The Government continues direct examination of witness, **CO-CONSPIRATOR Number 6**. **G-84, G-85** presented to witness. G-10a (page 97 with attached audio recording) presented to witness and offered into evidence. **G-10a (page 97 with attached audio recording) Accepted and Received, subject to connection**. |
| 11:26 a.m. | Defense cross-examination of witness, **CO-CONSPIRATOR Number 6**. |
| 11:32 a.m. | Judge D'Agostino gives a limiting instruction regarding testimony of cooperating witnesses. |
| 11:34 a.m. | The Government calls as its *17th witness*, **MARTINS AYELOMI, FBI Language Specialist**. The witness is sworn and questioned. The Government offers this witness as an Expert in translations from Yoruba to English. |
| 11:43 a.m. | Sidebar with counsel regarding request to receive the witness as an expert. |
| 11:46 a.m. | **The Court RECIEVES witness, MARTINS AYELOMI, as an EXPERT in translations from Yoruba to English**. |
| 11:47 a.m. | The Government continues direct examination of witness, **MARTINS AYELOMI, FBI Language Specialist**. G-210 presented to witness. G-151, G-212 presented to witness and offered into evidence. |
| 11:57 a.m. | Sidebar with counsel regarding G-151, G-212 – **G-151, G-212 Accepted and Received**. |
| 12:01 p.m. | The Government continues direct examination of witness, **MARTINS AYELOMI, FBI Language Specialist. G-151, G-212** presented to witness. G-1c, G-2f, G-2h, G-2k, G-3c presented to witness for identification purposes only. G-1d. G-2g, G-2j, G-2L, G-3d presented to witness and offered into evidence. **G-1d, G-2g, G-2j, G-2L, G-3d Accepted and Received, subject to connection**. |
| 12:14 p.m. | Defense cross-examination of witness, **MARTINS AYELOMI, FBI Language Specialist**. |
| 12:22 p.m. | The jury is excused for their lunch recess until 1:30 p.m. |

Tuesday, June 10, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 4

| | |
|---|---|
| 1:32 p.m. | Judge D'Agostino enters. |
| 1:35 p.m. | Jury enters. |
| 1:35 p.m. | The Government calls as its *18th witness*, **EVELYN RIVERA**. The witness is sworn and questioned. G-261 presented to witness and offered into evidence. **G-261 is Accepted and Received**. |
| 1:42 p.m. | Defense cross-examination of witness, **EVELYN RIVERA**. |
| 1:42 p.m. | Government re-direct examination of witness, **EVELYN RIVERA**. |
| 1:43 p.m. | The Government calls as its *19th witness*, **DANELI ACEVEDO**. The witness is sworn and questioned. **G-93** presented to witness. **G-246 (subject to connection)** presented to witness. |
| 1:57 p.m. | Defense cross-examination of witness, **DANELI ACEVEDO**. |
| 2:00 p.m. | The Government calls as its *20th witness*, **BRENDA K. MOSS**. The witness is sworn and questioned. **G-93** presented to witness. |
| 2:05 p.m. | Defense cross-examination of witness, **BRENDA K. MOSS**. |
| 2:05 p.m. | Recess. |
| 2:05 p.m. | Counsel for the Government addresses the Court regarding Exhibits G-124 and G-125. **G-124, G-125 is Accepted and Received** – no objections from the defense. |
| 2:15 p.m. | Judge D'Agostino enters. |
| 2:17 p.m. | Jury enters. |
| 2:17 p.m. | The Government calls as its *21st witness*, **CO-CONSPIRATOR Number 17**. The witness is sworn and questioned. **G-177** presented to witness. |
| 2:31 p.m. | Sidebar with counsel – objection sustained. |
| 2:33 p.m. | The Government continues direct examination of witness, **CO-CONSPIRATOR Number 17**. **G-10a (page 57 with audio recording)**. |

Tuesday, June 10, 2025  
Hon. Mae A. D'Agostino, Presiding  
1:23-cr-491 MAD  
Page 5

| | |
|---|---|
| 2:36 p.m. | Sidebar with counsel. |
| 2:39 p.m. | The Government continues direct examination of witness, **CO-CONSPIRATOR Number 17**. **G-10a (page 57 with audio recording), G-92, G-98, G-119, G-132** presented to witness. G-246 (pages 2-6) presented to witness and offered into evidence, subject to connection. **G-246 (pages 2-6) Accepted and Received**. |
| 3:05 p.m. | Sidebar with counsel. |
| 3:06 p.m. | The Government continues direct examination of witness, **CO-CONSPIRATOR Number 17**. G-105 (pages 3,6,7, and 9), G-193, G-259 is presented to the witness and offered into evidence, subject to connection. **G-119** presented to witness. **G-105 (pages 3,6,7, and 9), G-193 Accepted and Received**. |
| 3:16 p.m. | Sidebar with counsel – objection sustained. |
| 3:17 p.m. | The Government continues direct examination of witness, **CO-CONSPIRATOR Number 17**. G-259 presented to the witness and offered into evidence. **G-259 Accepted and Received**. |
| 3:27 p.m. | Defense cross-examination of witness, **CO-CONSPIRATOR, Number 17**. |
| 3:39 p.m. | Government re-direct examination of witness, **CO-CONSPIRATOR, Number 17**. |
| 3:41 p.m. | The jury is excused for a brief recess. |
| 3:53 p.m. | Judge D'Agostino enters. |
| 3:53 p.m. | The Government addresses the Court regarding Jencks and Giglio evidence that has previously been reviewed by the defendant and has been provided to Mr. Adekoya today in electronic and printed format. That evidence must be returned to the Government after the witness testifies. This applies to Co-Conspirators 6 and 17. |
| 3:57 p.m. | The jury enters. |

Tuesday, June 10, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 6

| | |
|---|---|
| 3:57 p.m. | Judge D'Agostino gives a limiting instruction to the jury regarding Co-Conspirator testimony. |
| 3:57 p.m. | The Government calls as its *22nd witness*, **CO-CONSPIRATOR Number 8**. The witness is sworn and questioned. G-176, G-178, G-180, G-181, G-1b (page 146) presented to witness and offered into evidence. **G-176, G-178, G-180, G-181, G-1b (page 146 subject to connection) Accepted and Received**. **G-22, G-25, G-26, G-20** presented to witness. |
| 4:44 p.m. | Sidebar with counsel – objection sustained. |
| 4:45 p.m. | The Government continues direct examination of witness, **CO-CONSPIRATOR Number 8**. G-175 presented to witness and offered into evidence. **G-175 Accepted and Received**. G-1b (page 154) presented to witness and offered into evidence. **G-1b (page 154, subject to connection) Accepted and Received**. |
| 4:54 p.m. | Sidebar with counsel regarding scheduling. |
| 4:55 p.m. | Judge D'Agostino addresses the jury regarding scheduling. The jurors are excused until tomorrow, June 12, 2025 at 9:00 a.m. |
| 4:55 p.m. | Counsel for the Government addresses the Court to advise that Mr. Adekoya has returned the Jencks and Giglio material that they provided to him this morning, as required. |
| 5:00 p.m. | The direct testimony of Co-Conspirator Number 8 will continue tomorrow. Court stands adjourned until tomorrow, June 12, 2025 at 9:00 a.m. |