Juror #3

When the US asks ⬥ for an exhibit
to be received into evidence, and
defendant objects to that exhibit,
and that objection is sustained,
what does that mean for what the
jury can consider? Is everything relating
to that exhibit (including witness identification)
not something we should consider?

Court Exhibit
No. 1

Case 1:23 cr 491 MAD
USA v. Adekoya