Thursday, June 12, 2025
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**UNITED STATES OF AMERICA,**

    vs.

                                                      1:23-cr-491 (MAD)

**OLUWASEUN ADEKOYA,**
        **Defendant.**

---

| | |
|---|---|
| APPEARANCES: | Office of the U.S. Attorney for the NDNY by: **Benjamin Clark, AUSA, Joshua Rosenthal, AUSA, and Matthew Paulbeck, AUSA** for the Government. |
| | Pro se Defendant: **Oluwaseun Adekoya**, defendant. |
| | O'Connell and Aronowicz by: **Ryan Forbes, Esq.,** stand-by counsel for defendant. |

### **CRIMINAL JURY TRIAL - DAY 4 – Thursday, June 12, 2025**

| | |
|---|---|
| 9:04 a.m. | Judge D'Agostino enters.<br>Judge D'Agostino address counsel regarding scheduling.<br>The Government addresses the Court regarding Jencks and Giglio materials that have been provided to Mr. Adekoya this morning. |
| 9:07 a.m. | The jury enters. |
| 9:07 a.m. | Judge D'Agostino addresses the jury. |
| 9:00 a.m. | The Government calls, out of order, as its *23rd witness*, **ERIC MCDOWELL**. The witness is sworn and questioned.  G-70 presented to witness and offered into evidence.  **G-70 Accepted and Received**. |
| 9:18 a.m. | Defense cross-examination of witness, **ERIC MCDOWELL**. |

Thursday, June 12, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 2

| | |
|---|---|
| 9:20 a.m. | The Government continues direct-examination of their *22nd witness*, **CO-CONSPIRATOR Number 8**.  The witness is reminded that she is still under oath.  **G-43, G-144c, G-72** presented to witness.  G-1b (pg 416) presented to witness and offered into evidence, subject to connection.  **G-1b (pg 416) Accepted and Recceived (pg 416), subject to connection**.  G-2e (pg142, 151, 175) presented to witness.  **G-2e (pg 151, 175) Accepted and Received, subjection to connection**.  G-130 presented to witness and offered into evidence.  **G-130 Accepted and Received**. |
| 10:09 a.m. | Defense cross-examination of witness, **CO-CONSPIRATOR Number 8**. |
| 10:28 a.m. | Government re-direct-examination of witness, **CO-CONSPIRATOR Number 8**.  G-1b (pg 439). |
| 10:30 a.m. | Defense re-cross-examination of witness, **CO-CONSPIRATOR Number 8**. |
| 10:31 a.m. | The Government calls as its *24th witness*, **MICHAEL PETRONE**.  The witness is sworn and questioned.  **G-30** presented to witness. |
| 10:43 a.m. | Sidebar with counsel. |
| 10:45 a.m. | The Government continues direct-examination of witness, **MICHAEL PETRONE**.  **G-30** presented to witness. |
| 10:53 a.m. | Defense cross-examination of witness, **MICHAEL PETRONE**. |
| 10:56 a.m. | The jury is excused for a brief recess. |
| 11:13 a.m. | The Government calls as its *25th witness*, **ROBYN SWANSON**.  The witness is sworn and questioned.  **G-29** presented to witness.  G-29a presented to witness and offered into evidence.  **G-29a Accepted and Received**. |
| 11:40 a.m. | Defense cross-examination of witness, **ROBYN SWANSON**. |
| 11:45 a.m. | The Government calls as its *26th witness*, **S.A.**.  **G-43, G-1b (pg 416 – subject to connection)** presented to witness. |
| 11:52 a.m. | The Government calls as its 27th witness, **BYRAM HUNT**.  The witness is sworn and questioned. |
| 11:54 a.m. | Sidebar with counsel. |

Thursday, June 12, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 3

| | |
|---|---|
| 11:57 a.m. | The Government begins questioning of witness, **BYRAM HUNT**.  G-32 presented to witness and offered into evidence.  **G-32 Accepted and Received**.  **G-144** presented to witness. |
| 12:18 p.m. | Defense cross-examination of witness, **BYRAM HUNT**. |
| 12:20 p.m. | Lunch recess until 1:20 p.m. |
| 1:24 p.m. | Judge D'Agostino enters. |
| 1:26 p.m. | The Jury enters. |
| 1:26 p.m. | Sidebar with counsel. |
| 1:28 p.m. | The Government calls as its 28th witness, **R.C.**.  The witness is sworn and questioned.  G-39 (pg 31, 32, audio for 5/18/22), G-294 (subject to connection( is presented to witness and offered into evidence.  **G-39 (pg 31, 32, audio for 5/18/22) is Accepted and Received, subject to connection, G-294 (subject to connection)**.  **G-44** presented to witness. |
| 1:46 p.m. | Defense cross-examination of witness, **R.C.**. |
| 1:46 p.m. | The Government calls as its 29th witness, **M.W.**.  The witness is sworn and questioned.  **G-135** presented to witness.  G-39 (MW audio), G-1b (pg 488) presented to witness and offered into evidence, subject to connection.  **G-39 (MW audio), G-1b (pg 488) Accepted and Received, subject to connection**. |
| 1:56 p.m. | Defense cross-examination of witness, **M.W.**. |
| 1:57 p.m. | The Government calls as its 30th witness, **DOROTHY KENNIS**.  The witness is sworn and questioned.  **G-105 (pg 3, 6, 7, 9) presented to witness, subject to connection**.  **The entirety of G-105 is Accepted and Received**. |
| 2:16 p.m. | Defense cross-examination of witness, **DOROTHY KENNIS**. |
| 2:17 p.m. | The Government calls as its 31st witness, **TATYANA JAMES**. Witness sworn and questioned by the Court.  **G-49, G-51** presented to witness (accepted and received). G-296 presented to witness and offered into evidence.  **G-296 Accepted and Received**.  **G-144** presented to witness. |
| 3:17 p.m. | Recess |

Thursday, June 12, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 4

| | |
|---|---|
| 3:24 p.m. | Judge D'Agostino enters. |
| 3:36 p.m. | The Jury enters. |
| 3:36 p.m. | Defense cross-examination of witness, **TATYANA JAMES**. |
| 3:38 p.m. | The Government calls as its *32nd witness*, **SCOTT GRAVES**. The witness is sworn and questioned. **G-28** presented to witness. |
| 3:57 p.m. | Defense cross-examination of witness, **SCOTT GRAVES**. |
| 3:57 p.m. | The Government calls as it's *33rd witness*, **CAMILA GRAMONDI**. The witness is sworn and questioned. G-67, **G-67a** presented to witness and offered into evidence. **G-67 is Accepted and Received**. **G-296**, **G-68, G-145, G-2e (pg 151)** presented to witness. |
| 4:29 p.m. | Defense cross-examination of witness, **CAMILA GRAMONDI**. |
| 4:30 p.m. | Sidebar with counsel – scheduling for tomorrow is discussed with counsel. |
| 4:32 p.m. | Jurors are excused until tomorrow, June 13, 2025 at 9:00 a.m. |
| 4:32 p.m. | Judge D'Agostino addresses matters of law with counsel. Venue arguments are further addressed with the defendant. Counsel for the Government addresses the Court regarding the proposed instruction regarding witness tampering. |
| 4:45 p.m. | Court stands adjourned until tomorrow, June 13, 2025 at 9:00 a.m. |