Friday, June 13, 2025
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**UNITED STATES OF AMERICA,**

    vs.
                                                                                     1:23-cr-491 (MAD)

**OLUWASEUN ADEKOYA,**
        **Defendant.**

---

APPEARANCES:  Office of the U.S. Attorney for the NDNY by: **Benjamin Clark, AUSA, Joshua Rosenthal, AUSA, and Matthew Paulbeck, AUSA** for the Government.

Pro se Defendant: **Oluwaseun Adekoya**, defendant.

O'Connell and Aronowicz by: **Ryan Forbes, Esq.,** stand-by counsel for defendant.

### CRIMINAL JURY TRIAL - DAY 5 – Friday, June 13, 2025

| Time | Event |
|---|---|
| 9:03 a.m. | Judge D'Agostino enters. |
| 9:03 a.m. | The Government addresses the Court regarding Jencks and Giglio materials provided to Mr. Adekoya this morning. |
| 9:04 a.m. | The defendant addresses the Court the testimony of Co-Conspirator number 10. |
| 9:08 a.m. | The jury enters. |
| 9:09 a.m. | The Government calls as its 34th witness, **MARY GUARDADO**. The witness is sworn and questioned. **G-96** presented to witness. **G-288** presented to witness and offered into evidence. **G-288 is Accepted and Received**. |
| 9:19 a.m. | Defense cross-examination of witness, **MARY GUARDADO**. |
| 9:20 a.m. | The Government calls as its 35th witness, **CO-CONSPIRATOR Number 11**. |

Friday, June 13, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 2

| | |
|---|---|
| 9:22 a.m. | The jury is excused for a brief recess. |
| 9:22 a.m. | Judge D'Agostino addresses matters of law with counsel and Mr. Adekoya. |
| 9:23 a.m. | recess until the witness is in the courtroom. |
| 9:25 a.m. | Judge D'Agostino enters. |
| 9:31 a.m. | Jury enters. |
| 9:31 a.m. | The Government begins direct-examination of its *35th witness*, **CO-CONSPIRATOR Number 11**. **G-176, G-181** presented to witness. G-290, G-262b presented to witness and offered into evidence. **G-290G-262b Accepted and Received**. |
| 9:57 a.m. | Sidebar with counsel. |
| 9:59 a.m. | The Government continues direct-examination of witness, **CO-CONSPIRATOR Number 11**. G-262b presented to witness. |
| 10:09 a.m. | Sidebar with counsel. |
| 10:10 a.m. | The Government continues direct-examination of witness, **CO-CONSPIRATOR Number 11**. **G-39, G-36, G-40, G-262b** presented to witness. |
| 10:27 p.m. | sidebar with counsel. |
| 10:28 a.m. | The Government continues direct-examination of witness, **CO-CONSPIRATOR Number 11**. **G-262b, G-70, G-246 (pg 1)** presented to witness. |
| 10:37 a.m. | Defense cross-examination of witness, **CO-CONSPIRATOR Number 11**. |
| 10:43 a.m. | Sidebar with counsel. |
| 10:44 a.m. | The defense continues cross-examination of witness, **CO-CONSPIRATOR Number 11**. |
| 10:45 a.m. | Sidebar with counsel. |
| 10:45 a.m. | Jury excused for recess. |

Friday, June 13, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 3

| | |
|---|---|
| 10:46 a.m. | Judge D'Agostino addresses matters of law with counsel. |
| 10:51 a.m. | Recess. |
| 11:01 a.m. | Judge D'Agostino enters. |
| 11:04 a.m. | The jury enters. |
| 11:04 a.m. | The defendant withdraws the last question asked of this witness prior to the break. |
| 11:04 a.m. | The defense continues cross-examination of witness, **CO-CONSPIRATOR Number 11**. |
| 11:05 a.m. | The Government calls as its 36th witness, **RYAN PHILLIPS**. The witness is sworn and questioned. G-39 presented to witness and offered into evidence. **G-39 Accepted and Received in its entirety**. **G-45, G-144** presented to witness. |
| 11:40 a.m. | Sidebar with counsel. |
| 11:42 a.m. | The Government continues direct-examination of witness, **RYAN PHILLIPS**. **G-144** presented to witness. |
| 11:45 a.m. | Defense cross-examination of witness, **RYAN PHILLIPS**. |
| 11:48 a.m. | Government re-direct-examination of witness, **RYAN PHILLIPS**. |
| 11:49 a.m. | Defense re-cross-examination of witness, **RYAN PHILLIPS**. |
| 11:50 a.m. | The Government calls as its 37th witness, **M.M.**. The witness is sworn and questioned. **G-39** is presented to witness. G-1b (pg 471) presented to witness and offered into evidence, subject to connection. **G-1b (pg 471) Accepted and Received, subject to connection**. |
| 12:05 p.m. | Defense cross-examination of witness, **M.M.**. |
| 12:07 p.m. | The Government calls as its 38th witness, **V.M**. |
| 12:08 p.m. | sidebar with counsel. |

Friday, June 13, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 4

| | |
|---|---|
| 12:10 p.m. | The Government calls as its *38th witness*, **V.M.** The witness is sworn and questioned. **G-43** presented to witness. G-1b (pg 237) presented to witness. |
| 12:14 p.m. | Sidebar with counsel regarding G-1b (pg 237). |
| 12:17 p.m. | The Government continues direct-examination of witness, **V.M.**. G-1b (pg 237) offered into evidence, subject to connection. **G-1b (pg 237) Accepted and Received, subject to connection**. |
| 12:21 p.m. | Defense cross-examination of witness, **V.M.**. **G-1b (pg 237)** presented to witness. |
| 12:23 p.m. | The jury is excused for a lunch recess until 1:10 p.m. |
| 12:23 p.m. | Judge D'Agostino addresses counsel and Mr. Adekoya regarding the subpoena issued by Mr. Adekoya to Albany Correctional Facility. |
| 12:28 p.m. | Lunch recess until 1:10 p.m. |
| 1:10 p.m. | Judge D'Agostino enters. |
| 1:10 p.m. | Counsel for the Government addresses the Court regarding a proposed limiting instruction regarding Co-Conspirator Number 10's testimony. |
| 1:19 p.m. | The jury enters. |
| 1:20 p.m. | The Government calls as its *39th witness*, **CO-CONSPIRATOR Number 10**. The witness is sworn and questioned. **G-181, G-176** presented to witness. G-182 presented to witness and offered into evidence. **G-182, G-39, G-135, G-43 Accepted and Received**. G-138 presented to witness and offered into evidence. **G-138 Accepted and Received**. **G-10a (pg 57) presented to witness**. |
| 2:05 p.m. | Sidebar with counsel. |
| 2:07 p.m. | The Government continues direct-examination of witness, **CO-CONSPIRATOR Number 10**. **G-10a (pg 57) presented to witness**. |
| 2:12 p.m. | Judge D'Agostino gives a limiting instruction to the jury regarding attempted intimidation of a witness. |
| 2:14 p.m. | Defense cross-examination of witness, **CO-CONSPIRATOR Number 10**. |

Friday, June 13, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 5

| | |
|---|---|
| 2:24 p.m. | Jurors excused for brief recess. |
| 2:25 p.m. | Judge D'Agostino addresses counsel regarding the testimony of Co-Conspirator Number 10 and addresses attempted potential witness tampering and cites case law from the Second Circuit. |
| 2:30 p.m. | The Government calls as its *40th witness*, **SPENSER WARREN, FBI Special Agent**. The witness is sworn and questioned. **G-59, G-58** presented to witness. |
| 2:35 p.m. | Sidebar with counsel. |
| 2:39 p.m. | The Government continues direct-examination of witness, **SPENSER WARREN, FBI Special Agent**. **G-58, G-291** presented to witness. G-150 presented to witness. G-150, G-149 presented to witness and offered into evidence. **G-150, G-149 Accepted and Received**. G-211, G-211a-ss presented to witness and offered into evidence. |
| 2:48 p.m. | Sidebar with counsel. |
| 2:50 p.m. | Judge D'Agostino gives a limiting instruction to the jury regarding incarceration of the defendant. |
| 2:51 p.m. | The Government continues direct-examination of witness, **SPENSER WARREN, FBI Special Agent**. G-211a-ss is offered into evidence. **G-211a-ss is Accepted and Received**. |
| 3:02 p.m. | Judge D'Agostino addresses the jurors regarding scheduling. The jury is excused until Monday, June 16, 2025 at 9:30 a.m. The Government will resume their direct-examination of witness, Spencer Warren on Monday morning. |