Monday, June 16, 2025
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**UNITED STATES OF AMERICA,**

    vs.

                                                                             1:23-cr-491 (MAD)

**OLUWASEUN ADEKOYA,**
        **Defendant.**

---

APPEARANCES:    Office of the U.S. Attorney for the NDNY by: **Benjamin Clark, AUSA, Joshua Rosenthal, AUSA, and Matthew Paulbeck, AUSA** for the Government.

                          Pro se Defendant: **Oluwaseun Adekoya**, defendant.

                          O'Connell and Aronowicz by: **Ryan Forbes, Esq.,** stand-by counsel for defendant.

### **CRIMINAL JURY TRIAL - DAY 6 – Monday, June 16, 2025**

9:38 a.m.        Judge D'Agostino enters.

9:38 a.m.        Mr. Adekoya addresses the Court regarding CoreLogic exhibits/evidence presented to Mr. Adekoya this morning.  The Court was notified of the exhibits/evidence on Friday, June 13th after hours.

                Judge D'Agostino addresses the Government and Mr. Adekoya.

                The Court **RESERVES** on the new exhibits/evidence until foundation is laid.

                Judge D'Agostino inquires of the defense regarding the Albany Correctional Facility subpoenaed documents they requested.
Defense counsel will call the jail during lunch for a status update.

9:53 a.m.        The jury enters.

9:53 a.m.        The Government continues direct examination of their *40th witness*, **SPENSER WARREN, FBI Special Agent**.  **G-291, G-211** presented to witness.

Monday, June 16, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 2

| | |
|---|---|
| 9:58 a.m. | sidebar with counsel. |
| 10:00 a.m. | The Government continues direct examination of witness, **SPENSER WARREN, FBI Special Agent**.  **G-291, G-211L-ss** presented to witness.  G-1, G-1a, G-2, G-2a, G-65, G-3, G-3a, G-12, G-12a, G-1b, G-1e, G-2b-e, G-3b, G-3e, G-65b, G-1c, G-2f, G-2K, G-2h, G-3c presented to witness.  G-1b, G-1e, G-2b-e, G-3b, G-65b offered into evidence. **G-1b, G-1e, G-2b-e, G-3b, G-3e, G-65b Accepted and Received**. |
| 10:47 a.m. | Sidebar with counsel. |
| 10:50 a.m. | The Government continues direct examination of witness, **SPENSER WARREN, FBI Special Agent**.  G-1c, G-2f, G-2h, G-2k, G-3c presented to witness and offered into evidence.  **G-1c, G-2f, G-2h, G-2k, G-3c Accepted and Received**.  G-1d, G-2g, G-2j, G-2L, G-3d presented to witness, the connection is now complete. |
| 10:59 a.m. | Recess |
| 11:13 a.m. | Judge D'Agostino enters.<br><br>Judge D'Agostino addresses counsel regarding G-1d, 2g, 2j, 2L, 3d.  **G-1d, 2g, 2j, 2L, 3d Accepted and Received**. |
| 11:16 a.m. | Judge D'Agostino enters. |
| 11:17 a.m. | The Government continues direct examination of witness, **SPENSER WARREN, FBI Special Agent**.  G-10a presented to witness. |
| 11:18 a.m. | Sidebar with counsel. |
| 11:20 a.m. | The Government continues direct examination of witness, **SPENSER WARREN, FBI Special Agent**.  G-10a presented to witness and offered into evidence. **G-10a Accepted and Received**.  G-12b, G-12c, G-12d presented to witness and offered into evidence.  **G-12** presented to witness.  **G-12b, G-12c, G-12d Accepted and Received**. |
| 11:29 a.m. | Defense cross-examination of witness, **SPENSER WARRANN, FBI Special Agent**. |

Monday, June 16, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 3

| | |
|---|---|
| 11:36 a.m. | Government re-direct examination of witness, **SPENSER WARREN, FBI Special Agent**. **G-1b** presented to witness. |
| 11:53 a.m. | Defense cross-examination of witness, **SPENSER WARREN, FBI Special Agent**. **G-1b** presented to witness. |
| 12:06 p.m. | Recess. |
| 12:18 p.m. | Judge D'Agostino enters. |
| 12:20 p.m. | The jury enters. |
| 12:21 p.m. | The Government calls as its *41st witness*, **CO-CONSPIRATOR Number. 15**. The witness is sworn and questioned. **G-179, G-1b** presented to witness. |
| 12:28 p.m. | sidebar with counsel. |
| 12:29 p.m. | The Government continues direct examination of witness, **CO-CONSPIRATOR Number 15**. **G-1b, G-23, G-72, G-43, G-39, G-23, G-1b** presented to witness. G-301 presented to witness to refresh his recollection. |
| 12:52 p.m. | Lunch recess until 2:00 p.m. |
| 2:07 p.m. | Judge D'Agostino enters. |
| 2:09 p.m. | The Jury enters. |
| 2:10 a.m. | The Government continues direct examination of witness, **CO-CONSPIRATOR Number 15**. **G-49, G-51** presented to witness. |
| 2:21 p.m. | Defense cross-examination of witness, **CO-CONSPIRATOR Number 15**. |
| 2:28 p.m. | Government re-direct examination of witness, **CO-CONSPIRATOR Number 15**. |
| 2:29 p.m. | Defense re-cross-examination of witness, **CO-CONSPIRATOR Number 15**. |
| 2:29 p.m. | The Government calls as its *42nd witness*, **TAYLOR OATHOUT**. The witness is sworn and questioned. |

Monday, June 16, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 4

| | |
|---|---|
| 2:33 p.m. | Defense cross-examination of witness, **TAYLOR OATHOUT**. |
| 2:34 p.m. | Government re-direct examination of witness, **TAYLOR OATHOUT**. |
| 2:35 p.m. | The Government calls as its *43rd witness*, **JAIME TRIBBET**. The witness is sworn and questioned. G-46, G-47 (pg 3, 4, 5, 6, 7, 10) presented to witness and offered into evidence. **G-46, G-47 (pg 3, 4, 5, 6, 7, 10 ) Accepted and Received**. **G-48, G-233, G-44, G-230, G-144** presented to witness. |
| 3:13 p.m. | Sidebar with counsel. |
| 3:15 p.m. | The Government continues direct examination of witness, **JAIME TRIBBET**. **G-144, G-46** presented to witness. |
| 3:18 p.m. | Defense cross-examination of witness, **JAIME TRIBBET**. |
| 3:21 p.m. | Recess. |
| 3:33 p.m. | Judge D'Agostino enters. |
| 3:35 p.m. | The jury enters. |
| 3:35 p.m. | The Government calls as its *44th witness*, **FERREN BRANCH**. The witness is sworn and questioned. G-27 presented to witness and offered into evidence. **G-27 Accepted and Received**. **G-144** presented to witness. **G-1b** presented to witness. |
| 4:07 p.m. | Defense cross-examination of witness, **FERREN BRANCH**. |
| 4:12 p.m. | The Government calls as it's *45th witness*, **REGINA RUDOLPH**. The witness is sworn and questioned. G-34 presented to witness and offered into evidence. **G-34 Accepted and Received**. **G-144, G-1b, G-34** presented to witness. |
| 4:39 p.m. | Sidebar with counsel. |
| 4:41 p.m. | Defense cross-examination of witness, **REGINA RUDOLPH**. |
| 4:44 p.m. | The Government calls as its *46th witness*, **LIN LIN MA**. The witness is sworn and questioned. G-297, G-97 presented to witness and offered into evidence. **G-297, G-97 Accepted and Received**. |

Monday, June 16, 2025  
Hon. Mae A. D'Agostino, Presiding  
1:23-cr-491 MAD  
Page 5

| | |
|---|---|
| 5:05 p.m. | The jury is excused until tomorrow, Tuesday, June 17, 2025 at 9:00 a.m. |
| 5:05 p.m. | Judge D'Agostino addresses counsel regarding matters of law.<br>The defendant will be submitting proposed jury instructions – those instructions should be filed tonight.<br>The defendant is reminded that the Court would like the defendant and his standby attorney to discuss whether or not the defendant is going to testify when it comes time – the Court does not want an answer at this time, but she would like Mr. Adekoya to continue to think about it and to discuss with his standby attorney. |
| 5:12 p.m. | The Government notes for the record that the Jencks material as to Co-Conspirator number 15 has been returned to the Government. |
| 5:12 p.m. | The Court will do its best to provide proposed jury instructions to counsel – the hope is to provide the proposed jury instructions to the Government and the defense 2 days before the jury is expected to be charged. |
| 5:14 p.m. | Court stands adjourned until tomorrow, June 17, 2025 at 8:50 a.m. |