Tuesday, June 17, 2025
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**UNITED STATES OF AMERICA,**

    vs.

                                          **1:23-cr-491 (MAD)**

**OLUWASEUN ADEKOYA,**
        **Defendant.**

---

| | |
|---|---|
| APPEARANCES: | Office of the U.S. Attorney for the NDNY by: **Benjamin Clark, AUSA and Matthew Paulbeck, AUSA** for the Government. |
| | Pro se Defendant: **Oluwaseun Adekoya**, defendant. |
| | O'Connell and Aronowicz by: **Ryan Forbes, Esq.,** stand-by counsel for defendant. |

### **CRIMINAL JURY TRIAL - DAY 7 – Tuesday, June 17, 2025**

| | |
|---|---|
| 9:01 a.m. | Judge D'Agostino enters. |
| 9:01 a.m. | The Government addresses the Court regarding the upcoming testimony of CoreLogic. The Government notifies the Court of Second Circuit case law. Judge D'Agostino addresses the Government regarding CoreLogic records. |
| | The defendant addresses the Court and objects to the Government use of the CoreLogic Records (G-101). |
| | Judge D'Agostino makes a ruling regarding the CoreLogic records. The case law supports the Government use of G-101, but the Court will listen to the testimony and make a determination as to admissibility. |
| | Counsel for the Government addresses the Court regarding additional credit union testimony. |
| | Judge D'Agostino addresses counsel regarding scheduling and the progression of this trial. |

Tuesday, June 17, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 2

9:16 a.m.   The jury enters.

9:16 a.m.   Judge D'Agostino addresses the jurors regarding scheduling.

9:16 a.m.   The Government continues direct examination of its *46th witness*, **LIN LIN MA**. The witness is reminded that she is still under oath. **G-97, G-297** presented to witness.

9:28 a.m.   Defense cross-examination of witness, **LIN LIN MA**. **G-297** presented to witness.

9:31 a.m.   The Government calls as its *47th witness*, **CASSANDRA ROZIER**. The witness is sworn and questioned. G-37 presented to witness and offered into evidence. **G-37 Accepted and Received**. **G-1b, G-144c, G-30, G-144** presented to witness.

9:55 a.m.   Defense cross-examination of witness, **CASSANDRA ROZIER**.

9:59 a.m.   Jury excused for recess.

10:08 a.m.  Judge D'Agostino enters.
Counsel addresses the court regarding scheduling of witnesses and to advise the Court that the Government has provided the defendant with Jencks and Giglio materials this morning for both co-conspirators that will be testifying today.

10:11 a.m.  Jury enters.

10:11 a.m.  The Government calls as its *48th witness*, **CO-CONSPIRATOR Number 9**. The witness is sworn and questioned. **G-176, G-181, G-178, G-70, G-262b, G-72, G-219, G-81** presented to witness. G-72a, G-302 presented to witness and offered into evidence. **G-72a, G-302 Accepted and Received**.

10:45 a.m.  The jury is excused for a recess.

10:46 a.m.  The defendant addresses the Court regarding trial evidence.

10:47 a.m.  Recess.

10:57 a.m.  Judge D'Agostino enters.

10:59 a.m.  The jury enters.

Tuesday, June 17, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 3

| | |
|---|---|
| 10:59 a.m. | The Government continues direct-examination of witness, **CO-CONSPIRATOR Number 9**. **G-81, G-82a, G-223** presented to witness. |
| 11:11 a.m. | Defense cross-examination of witness, **CO-CONSPIRATOR Number 9**. |
| 11:16 p.m. | The Government calls as its *49th witness*, **K.W.(1)**. The witness is sworn and questioned. **G-23, G-43, G-1b** presented to witness. |
| 11:27 p.m. | The Government calls as its *50th witness*, **A. H.**. The witness is sworn and questioned. **G-84, G-10a** presented to witness. |
| 11:35 a.m. | Defense cross-examination of witness, **A.H.**. |
| 11:36 a.m. | The Government calls as its *51st witness*, **J.G.**. The witness is sworn and questioned. **G-23, G-1b** presented to witness. |
| 11:42 a.m. | The Government calls as its *52nd witness*, **BRENDA AOUAS**. The witness is sworn and questioned. G-84 presented to witness and offered into evidence. **G-84 Accepted and Received**. **G-10a** presented to witness. |
| 11:59 a.m. | Defense cross-examination of witness, **BRENDA AOUAS**. |
| 12:00 p.m. | The Jury is excused for a lunch recess. |
| 12:00 p.m. | Lunch Recess until 1:10 p.m. |
| 1:30 p.m. | Judge D'Agostino enters. |
| 1:36 p.m. | The Jury enters. |
| 1:36 p.m. | The Government calls as its *53rd witness*, **CO-CONSPIRATOR Number 4**. The witness is sworn and questioned. **G-177** presented to witness. |
| 1:48 p.m. | Sidebar with counsel. |
| 1:50 p.m. | The Government continues direct examination of witness, **CO-CONSPIRATOR Number 4**. G-175 presented to witness and offered into evidence. **G-175 Accepted and Received**. **G-184. G-185, G-215, G-77, G-10a, G-126, G-79, G-81** presented to witness. |
| 2:18 p.m. | Sidebar with counsel. |

Tuesday, June 17, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 4

| | |
|---|---|
| 2:20 p.m. | The Government continues direct examination of witness, **CO-CONSPIRATOR Number 4**. **G-81, G-223, G-10a, G-246 (page1-6), G-84, G-85** presented to witness. G-11a presented to witness and offered into evidence. **G-11a Accepted and Received**. |
| 3:13 p.m. | Defense cross-examination of witness, **CO-CONSPIRATOR Number 4**. |
| 3:20 p.m. | Sidebar with counsel. |
| 3:22 p.m. | Recess. |
| 3:32 p.m. | Judge D'Agostino enters. |
| 3:36 p.m. | The jury enters. |
| 3:36 p.m. | The defense cross-examination of witness, **CO-CONSPIRATOR Number 4**. |
| 3:39 p.m. | The Government calls as its 54th *witness*, **K.F.**. The witness is sworn and questioned. **G-70** presented to witness. |
| 3:44 p.m. | The Government calls as its 55th *witness*, **MICHAEL CEPPETELLI**. The witness is sworn and questioned. **G-19, G-146, G-43, G-1b** presented to witness. G-101 presented to witness and offered into evidence. **G-101 Accepted and Received (ruling placed on the record)**. |
| 4:31 p.m. | Defense cross-examination of witness, **MICHAEL CEPPETELLI**. |
| 4:36 p.m. | The Government calls as its 56th *witness*, **LAURA HICKS**. The witness is sworn and questioned. |
| 4:41 p.m. | The Government calls as its 57th *witness*, **MICHAEL NASH, NYS Police Investigator**. The witness is sworn and questioned. G-121 presented to witness and offered into evidence. **G-121 Accepted and Received**. |
| 4:51 p.m. | Defense cross-examination of witness, **MICHAEL NASH, NYS Police Investigator**. **G-121, G-119** presented to witness. |
| 4:55 p.m. | The jury is excused until tomorrow, June 18, 2025 at 9:00 a.m. |
| 5:00 p.m. | Court stands adjourned until tomorrow, June 18, 2025 at 8:50 a.m. with counsel and 9:00 a.m. with the jury. |