Wednesday, June 18, 2025
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**UNITED STATES OF AMERICA,**

    **vs.**

                            **1:23-cr-491 (MAD)**

**OLUWASEUN ADEKOYA,**
                **Defendant.**

---

APPEARANCES:      Office of the U.S. Attorney for the NDNY by: **Benjamin Clark, AUSA and Matthew Paulbeck, AUSA** for the Government.

                         Pro se Defendant: **Oluwaseun Adekoya**, defendant.

                         O'Connell and Aronowicz by: **Ryan Forbes, Esq.,** stand-by counsel for defendant.

### CRIMINAL JURY TRIAL - DAY 8 – Wednesday, June 18, 2025

9:03 a.m.      Judge D'Agostino enters.

9:03 a.m.      The defendant addresses the Court regarding the testimony of Co-Conspirator Number 3.
The Government responds.

9:10 a.m.      The Jury enters.

9:10 a.m.      Judge D'Agostino address the jury – juror number 12 had a medical emergency and was relieved from her service. Alternate no. 1 (formerly alternate no. 1) replaces juror number 12.

9:11 a.m.      The Government calls as its *58th witness*, **CO-CONSPIRATOR Number 3**. The witness is sworn and questioned. **G-178** presented to witness.

9:47 a.m.      Sidebar with counsel.

Thursday, June 18, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 2

9:48 a.m.       The Government continues direct examination of witness, **CO-CONSPIRATOR Number 3**. **G-59** presented to witness.  G-1, G-2 G-3, G-4 presented to witness and offered into evidence.  **G-1, G-2 Accepted and Received**.

10:03 a.m.      Sidebar with counsel regarding G-3, G-4.

10:06 a.m.      The Government continues direct examination of witness, **CO-CONSPIRATOR Number 3**. Government **G-3, G-4 are Accepted and Received**.  **G-188, G-1b, G-26** presented to witness.

10:41 a.m.      Recess

10:56 a.m.      Judge D'Agostino enters.

10:57 a.m.      The jury enters.

10:58 a.m.      The Government continues direct examination of witness, **CO-CONSPIRATOR Number 3**.  G-75 presented to witness and offered into evidence.

11:00 a.m.      Sidebar with counsel regarding G-75.

11:03 a.m.      The Government continues direct examination of witness, **CO-CONSPIRATOR Number 3**.  G-75 presented to witness and offered into evidence.  **G-75 Accepted and Received**.  **G-1b, G-43, G-196** presented to witness.

11:49 a.m.      A limiting instruction is given to the jury regarding G-196.

11:50 a.m.      The Government continues direct examination of witness, **CO-CONSPIRATOR Number 3**.  **G-1b, G-43** presented to witness.  G-247 presented to witness and offered into evidence.  **G-247 Accepted and Received (connection made**).

12:25 p.m.      Lunch recess until 1:30 p.m.

12:26 p.m.      The defendant would like to make motions at the end of proof today.

12:26 p.m.      Recess

1:35 p.m.       Judge D'Agostino enters.

1:37 p.m.       The jury enters.

Thursday, June 18, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 3

1:37 p.m.       The Government continues direct examination of witness, **CO-CONSPIRATOR Number 3**.   **G-1b, G-39, G-2c, G-230** presented to witness.

2:26 p.m.       The Jury is excused for a brief recess,

2:27 p.m.       The defense moves for a MISTRIAL for constructive amendments to the indictment.
Counsel for the Government addresses the Court in response to the defendant's motion for a mistrial.
The Court **DENIES** that defendant's motion for a mistrial.
The defendant's objections

2:39 p.m.       The Government continues direct examination of witness, **CO-CONSPIRATOR Number 3**.  G-2m, G-289 presented to the witness and offered into evidence.
**G-2m Accepted and Received**.  **G-49, G-1b, G-1e, G-2c, G-137, G-2d, G-289, G-106, G-2b, G-145** presented to witness.

3:20 p.m.       The jury is excused for a Recess.

3:21 p.m.       Judge D'Agostino addresses the objection that Mr. Adekoya raised – The defendant's objection is sustained.

3:35 p.m.       Judge D'Agostino enters.

3:38 p.m.       The defendant addresses the Court – the defendant's objection is over-ruled.

3:42 p.m.       The Government continues direct examination of witness, **CO-CONSPIRATOR Number 3**. **G-2e** presented to the witness.  **G-74, G-2e, G-189, G-65b, G-3b, G-3e, G-72a** presented to witness.  G-3f presented to witness and offered into evidence.  **G-3f Accepted and Received**.

4:34 p.m.       Sidebar with counsel – objection sustained.

4:35 p.m.       The Government continues direct examination of witness, **CO-CONSPIRATOR Number 3**.  **G-2m, G-3b** presented to witness.  G-141, G-66, G-152 presented to witness and offered into evidence.  **G-141, G-152 Accepted and Received**.  G-66 Received for Identification.

4:51 p.m.       The witness is excused until Friday, June 20, 2025 at 9:00 a.m.

4:53 p.m.       The jury is excused until Friday, June 20, 2025 at 9:00 a.m.

Thursday, June 18, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 4

4:53 p.m.      The defendant addresses the Court regarding the case summaries of Pamela
               Wickes (G-253 and G-284).
               The defendant is addressed regarding recalling witness, Conspirator Number 10.
               The Court needs to know if this witness needs to be produced again by Friday
               morning

5:05 p.m.      NO Court tomorrow due to the Federal Holiday.
               Court stands adjourned until Friday, June 20, 2025 at 9:00 a.m.