Friday, June 20, 2025
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Lisa Tennyson

---

**UNITED STATES OF AMERICA,**

    **vs.**

                                        **1:23-cr-491 (MAD)**

**OLUWASEUN ADEKOYA,**
        **Defendant.**

---

APPEARANCES:   Office of the U.S. Attorney for the NDNY by: **Benjamin Clark, AUSA, Matthew Paulbeck, AUSA, and Joshua Rosenthal, AUSA** for the Government.

Pro se Defendant: **Oluwaseun Adekoya**, defendant.

O'Connell and Aronowicz by: **Ryan Forbes, Esq.,** stand-by counsel for defendant.

### CRIMINAL JURY TRIAL - DAY 9– Friday, June 20, 2025

| Time | Event |
|---|---|
| 9:03 a.m. | Judge D'Agostino enters. |
| 9:05 a.m. | The jury enters. |
| 9:06 a.m. | Defense cross examination of witness, **CO-CONSPIRATOR Number 3**. G-1b, G-43, G-40, G-40a presented to witness. |
| 11:08 a.m. | Recess. |
| 11:22 a.m. | Judge D'Agostino enters. |
| 11:24 a.m. | The jury enters. |
| 11:24 a.m. | The defense continues cross examination of witness, **CO-CONSPIRATOR Number 3**. |
| 11:36 a.m. | Government re-direct examination of witness, **CO-CONSPIRATOR Number 3**. G-2e, G-58 presented to witness. |

Friday, June 20, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 2

| | |
|---|---|
| 11:53 a.m. | Sidebar with counsel. |
| 11:55 a.m. | Government re-direct examination of witness, **CO-CONSPIRATOR Number 3**. **G-1b, G-39, G-40a, G-40** presented to witness. |
| 12:08 p.m. | Sidebar with counsel. |
| 12:10 p.m. | The Government continues re-direct-examination of **CO-CONSPIRATOR Number 3**. **G-2e** presented to witness. |
| 12:14 p.m. | Defense re-cross-examination of witness, **CO-CONSPIRATOR Number 3**. |
| 12:16 p.m. | Government re-re-direct-examination of witness, **CO-CONSPIRATOR Number 3**. The Government moves in G-66. **G-66 is Accepted and Received**. |
| 12:17 p.m. | The jury is excused for their Lunch recess until 1:20 p.m. |
| 12:17 p.m. | Judge D'Agostino addresses the defendant regarding having Co-Conspirator Number 10 produced for more questioning.<br>The defendant states on the record that he does NOT need Co-Conspirator Number 10 again.<br>Judge D'Agostino addresses the Government regarding G-253.<br>The Court informs the Government that she is limiting the recalling of Agent Warren to 3 hours.<br>The Government states for the record that Mr. Adekoya has returned the Jencks and Giglio materials that were provided to him as to Co-conspirator Number 3.<br>Scheduling is discussed with counsel and Mr. Adekoya.<br>The proposed jury instructions will be provided to both sides this at the end of the day.<br>The defendant notes his objections to G-253.<br>The Court will see what foundation is laid at to G-253. |
| 12:33 p.m. | Lunch recess until 1:20 p.m. |
| 1:28 p.m. | Judge D'Agostino enters. |
| 1:28 p.m. | The defendant objects to the testimony of Bradley Jacobson. |
| 1:33 p.m. | The Government calls as it's 59th *witness*, **BRADLEY JACOBSON**. The witness is sworn and questioned. |

Friday, June 20, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 3

| | |
|---|---|
| 1:36 p.m. | The Government moves G-263, G-264, G-65 into evidence. **G-263, G-264, G-65 Accepted and Received**. |
| 1:39 p.m. | The Government calls as it's *60th witness*, **SPENSER WARRAN, FBI Special Agent**. **G-38, G-175, G-296, G-72a, G-73** presented to witness. G-144a-h, G-296a, G-5, G-5b, G-6b, G-7b, G-4b, G-14, G-14a-c, G-13 are presented to witness and offered into evidence. **G-144a-h, G-296a, G-5, G-5b, G-13 Accepted and Received**. |
| 2:05 p.m. | Sidebar with counsel. |
| 2:07 p.m. | The Government continues direct-examination of witness, **SPENSER WARREN, FBI Special Agent**. **G-13 Accepted and Received**. **G-14a-c Accepted and Received**. |
| 2:22 p.m. | The jury is excused for a brief recess. |
| 2:22 p.m. | Judge D'Agostino addresses counsel regarding Exhibits **G-14a-c**. |
| 2:30 p.m. | The jury enters. |
| 2:30 p.m. | The Government continues direct-examination of witness, **SPENSER WARREN, FBI Special Agent**. **G-14a-c, G-13a, G-151** played for the jury. G-4b, G-6b, G-7b presented to witness and offered into |
| 2:48 p.m. | Sidebar with counsel. |
| 2:50 p.m. | The Government continues direct-examination of witness, **SPENSER WARREN, FBI Special Agent**. G-7b, G-4b, G-195a offered into evidence. **G-7b, G-4b Accepted and Received**. **G-212, G-195, G-195a** presented to witness. |
| 3:00 p,m. | Sidebar with counsel. |
| 3:03 p.m. | The Government continues direct-examination of witness, **SPENSER WARREN, FBI Special Agent**. **G-84** presented to witness. |
| 3:08 p.m. | Sidebar with counsel. |

Friday, June 20, 2025
Hon. Mae A. D'Agostino, Presiding
1:23-cr-491 MAD
Page 4

| | |
|---|---|
| 3:09 p.m. | The Government continues direct-examination of witness, **SPENSER WARREN, FBI Special Agent**. **G-10a, G-4b, G-2d, G-57, G-195a, G-211ss, G-106h, G-19, G-121, G-105, G-5b, G-73, G-86, G-87, G-12c, G-281, G-91, G-258, G-107b, G-5b** presented to witness. G-6b, G-195b, G-298 presented to witness. **G-6b, G-195b, G-298 Accepted and Received**. G-303, G-303a, G-303b, G-153, G-12e, G-258a presented to witness and offered into evidence. **G-303, G-303a, G-303b, G-153, G-12e, G-258a Accepted and Received**. G-246 presented to witness and offered into evidence (complete connection). **G-246 Accepted and Received (connection complete)**. |
| 4:54 p.m. | Sidebar with counsel. |
| 4:57 p.m. | The Government continues direct-examination of witness, **SPENSER WARREN, FBI Special Agent**. |
| 4:58 p.m. | Judge D'Agostino gives a limiting instruction to the jury about similar acts regarding criminal history. |
| 4:59 p.m. | The Government continues direct-examination of witness, **SPENSER WARREN, FBI Special Agent**. **G-5b** presented to witness. |
| 5:04 p.m. | The jury is excused until Monday, June 23, 2025 at 9:15 a.m.<br>Judge D'Agostino addresses the juror regarding scheduling. |
| 5:04 p.m. | The defendant addresses the Court and again raises venue issues.<br>The defendant is again directed NOT to make speaking objections or testifying statement when he make an objection. He should limit his objections to the grounds for the objection. No further speaking objections should be made.<br>The defendant is advised that the Court will be inquiring of him on Monday as to whether or not he intends to testify. He should consider his options over the weekend and be prepared to answer this questions after the Government rests their case on Monday.<br>Proposed jury instructions are provided the defendant, stand-by counsel, and the Government. A charge conference will likely be held on Monday afternoon. |
| 5:11 p.m. | Court stands adjourned until Monday, June 23, 2025 at 9:15 a.m. |