Monday, June 23, 2025
Hon. Mae A. D'Agostino, Presiding
Clerk: John Law
Steno: Lisa Tennyson

---

**UNITED STATES OF AMERICA,**

    vs.

                                              1:23-cr-491 (MAD)

**OLUWASEUN ADEKOYA,**
       **Defendant.**

---

APPEARANCES:   Office of the U.S. Attorney for the NDNY by: **Benjamin Clark, AUSA, Matthew Paulbeck, AUSA, and Joshua Rosenthal, AUSA** for the Government.

                        Pro se Defendant: **Oluwaseun Adekoya**, defendant.

                        O'Connell and Aronowicz by: **Ryan Forbes, Esq.,** stand-by counsel for defendant.

### CRIMINAL JURY TRIAL - DAY 10 – Monday, June 23, 2025

| | |
|---|---|
| 9:14 a.m. | Judge discusses witness charts on the evidentiary issues. Proposed Exhibits 253 and 304. |
| 9:15 a.m. | Atty. Paulbeck states additional summary charts. Discusses 305-310. Same pattern as 304. |
| 9:17 a.m. | Defendant Adekoya objects to the proposed exhibits. |
| 9:17 a.m. | Atty. Paulbeck responds to defendant's objection. |
| 9:19 a.m. | Court will wait on foundation for 253. Court indicates intention is not to admit these exhibits into evidence. More appropriate for display on summation. |
| 9:20 a.m. | Atty. Paulbeck inquires as demonstrative aids. |
| 9:21 a.m. | Jury brought into the courtroom. |

| | |
|---|---|
| 9:22 a.m. | Court addresses the jury. |
| 9:23 a.m. | Cross Examination: Agent Spenser Warren. |
| 9:43 a.m. | Redirect Examination: Agent Spenser Warren. |
| 9:46 a.m. | Exhibit G-256, G-255, G-195B, G-258A, G-246, G-19, G-21 presented to witness which is in evidence. |
| 9:58 a.m. | Court conducts sidebar. |
| 10:00 a.m. | Redirect Examination: Agent Spenser Warren continues. |
| 10:03 a.m. | Recross Examination: Agent Spenser Warren. |
| 10:08 a.m. | Defendant Adekoya presents Exhibit D-1 to the government and court and moves to admit into evidence. |
| 10:08 a.m. | **Court admits Exhibit D-1 into evidence.** |
| 10:16 a.m. | Defendant Adekoya presents Exhibit G-144C to the witness which is in evidence. |
| 10:35 a.m. | Redirect Examination: Agent Spenser Warren. |
| 10:40 a.m. | Atty. Clark presents Exhibit D-1, G-144e to the witness which is in evidence. |
| 10:44 a.m. | Court conducts sidebar. |
| 10:47 a.m. | Redirect Examination: Agent Spenser Warren continues. |
| 10:51 a.m. | Recross Examination: Agent Spenser Warren. |
| 11:11 a.m. | Atty. Clark discusses exhibits G-47, G-113A, G-147 and G-300. |
| 11:12 a.m. | Court inquires on redaction as to G-47. |
| 11:13 a.m. | Defendant Adekoya objects to G-300. |
| 11:14 a.m. | Court admits Exhibits G-47, G-113A, G-147 (no objection) and G-300 (over objection of defendant) into evidence. |
| 11:15 a.m. | Atty. Clark discusses Exhibits G-2E, G-2G, G-2J, G-2L, G-3D, G-10A and G-295. |
| 11:16 a.m. | Court will review and address before closing proof. |
| 11:18 a.m. | **Government calls witness: Pamela Wickes.** |

| | |
|---|---|
| 11:18 a.m. | **Direct Examination: Pamela Wickes.** |
| 11:20 a.m. | Atty. Paulbeck presents Exhibit G-155, G-156, G-157, G-125 to the witness which is in evidence. |
| 11:29 a.m. | Atty. Paulbeck presents Exhibit G-245 to the witness and moves into evidence. |
| 11:30 a.m. | **Court admits Exhibit G-245 into evidence.** |
| 11:36 a.m. | Atty. Paulbeck presents Exhibit G-244 to the witness and moves into evidence. |
| 11:36 a.m. | **Court admits Exhibit G-244 into evidence.** |
| 11:41 a.m. | Court conducts sidebar. |
| 11:43 a.m. | Court recesses for five minutes. |
| 11:52 a.m. | **Direct Examination: Pamela Wickes continues.** |
| 11:52 a.m. | Atty. Paulbeck presents Exhibit G-113, G-197, G-199, G-106, G-281, G-30, G-107, G-108, G-206 to the witness which is in evidence. |
| 12:19 p.m. | Court conducts sidebar. |
| 12:23 p.m. | **Direct Examination: Pamela Wickes continues.** |
| 12:34 p.m. | Atty. Paulbeck presents Exhibit G-238 to the witness and moves into evidence. |
| 12:34 p.m. | **Court admits Exhibit G-238 into evidence.** |
| 1:32 p.m. | Court addresses government. |
| 1:32 p.m. | Atty. Clark addresses the Exhibits G-2E, G-2G, G-2J, G-2L, G-3D, G-10A and G-295. |
| 1:33 p.m. | Court had another issue arise during the lunch hour and will deal with this matter. |
| 1:41 p.m. | **Direct Examination: Pamela Wickes continues.** |
| 1:42 p.m. | Atty. Paulbeck presents Exhibit G-239 to the witness and moves to admit into evidence. |
| 1:42 p.m. | **Court admits Exhibit G-239 into evidence.** |
| 1:47 p.m. | Atty. Paulbeck presents Exhibit G-102, G-239 to the witness which is in evidence. |

| | |
|---|---|
| 1:55 p.m. | Atty. Paulbeck presents Exhibit G-19A to the witness and moves to admit into evidence. |
| 1:55 p.m. | **Court admits Exhibit G-19A into evidence.** |
| 1:58 p.m. | Atty. Paulbeck presents Exhibit G-240 and moves to admit into evidence. |
| 1:58 p.m. | **Court admits Exhibit G-240 into evidence.** |
| 2:00 p.m. | Atty. Paulbeck presents Exhibit G-237 and moves to admit into evidence. |
| 2:02 p.m. | Court conducts sidebar. |
| 2;03 p.m. | Court sustains objection. |
| 2:06 p.m. | Atty. Paulbeck presents Exhibits G-304 through G-310 for demonstrative aids. |
| 2:06 p.m. | Defendant Adekoya objects to all exhibits except G-304. |
| 2:06 p.m. | Court permits government to use Exhibits G-304 through G-310 as demonstrative aids. |
| 2:14 p.m. | Court conducts sidebar. |
| 2:17 p.m. | **Direct Examination: Pamela Wickes continues.** |
| 2:29 p.m. | Atty. Paulbeck presents Exhibit G-19, G-300 to the witness which is in evidence. |
| 2:38 p.m. | Atty. Paulbeck presents Exhibit G-253 to the witness and moves to admit into evidence. |
| 2:38 p.m. | Court conducts sidebar. |
| 2:44 p.m. | **Direct Examination: Pamela Wickes continues.** |
| 2:46 p.m. | **Court admits Exhibit G-253 into evidence subject to redaction.** |
| 2:57 p.m. | **Cross Examination: Pamela Wickes.** |
| 3:02 p.m. | Defendant Adekoya presents Exhibit G-304, G-1b, G-305, G-306, G-307, G-308, G-309, G-310, G-253 to the witness which is in evidence. |
| 3:24 p.m. | **Court addresses Exhibits G-2e, G-2g, G-2j, G-2l, G-3d, G-10a and G-294.** |
| 3:27 p.m. | Government rests. |
| 3:35 p.m. | Court advises jury to report at 9:30 a.m. |

| | |
|---|---|
| 3:45 p.m. | Defendant Adekoya makes Rule 29 motion to the court. |
| 4:16 p.m. | Atty. Clark responds to Rule 29 motion. |
| 4:25 p.m. | Court makes ruling on Rule 29 motion and denies the motion. |
| 4:52 p.m. | Court inquires of defendant if he wishes to testify. |
| 4:52 p.m. | Defendant Adekoya rests. |
| 4:52 p.m. | Court conducts charge conference regarding proposed charge. |
| 4:53 p.m. | Atty. Rosenthal indicates government has a handful of proposals. |
| 5:07 p.m. | Defendant Adekoya states objections to the charge. |
| 5:25 p.m. | Court inquires of jury verdict form. |
| 5:30 p.m. | Court concludes until 9:00 a.m. |