Tuesday, June 24, 2025
Hon. Mae A. D'Agostino, Presiding
Clerk: John Law
Steno: Lisa Tennyson

---

**UNITED STATES OF AMERICA,**

    vs.

                                                     1:23-cr-491 (MAD)

**OLUWASEUN ADEKOYA,**
      **Defendant.**

---

APPEARANCES:    Office of the U.S. Attorney for the NDNY by: **Benjamin Clark, AUSA, Matthew Paulbeck, AUSA, and Joshua Rosenthal, AUSA** for the Government.

                         Pro se Defendant: **Oluwaseun Adekoya**, defendant.

                         O'Connell and Aronowicz by: **Ryan Forbes, Esq.,** stand-by counsel for defendant.

### **CRIMINAL JURY TRIAL - DAY 11 – Tuesday, June 24, 2025**

| | |
|---|---|
| 9:15 a.m. | Court discusses charge conference. Court discusses defendant's objections and makes rulings. |
| 9:33 a.m. | Jury brought into the courtroom. |
| 9:35 a.m. | Defense rests. |
| 9:35 a.m. | Court addresses the jury. |
| 9:37 a.m. | Defendant Adekoya makes objection regarding chart as a demonstrative aid. |
| 9:38 a.m. | Court will permit the use of the chart. |
| 9:38 a.m. | Government's summation. |
| 9:46 a.m. | Court conducts sidebar. |
| 9:48 a.m. | Government's summation continues. |

| Time | Event |
|---|---|
| 11:38 a.m. | Government's summation concludes. |
| 11:56 a.m. | Jury brought into courtroom. |
| 11:57 a.m. | Defendant summation begins. |
| 1:09 p.m. | Defendant summation concludes. |
| 1:10 p.m. | Government Rebuttal. |
| 1:20 p.m. | Government Rebuttal concludes. |
| 1:22 p.m. | Court inquires of any further objections to the charge. Court inquires from defendant and the government. Court will reconvene at 1:55 p.m. |
| 1:55 p.m. | Court addresses counsel. |
| 2:05 p.m. | Jury brought into the courtroom. |
| 2:05 p.m. | Court charges the jury. |
| 3:50 p.m. | CRD provides the verdict form to the jury. |
| 3:50 p.m. | Court instructs jury on the verdict form. |
| 3:55 p.m. | Court conducts sidebar. |
| 3:57 p.m. | Court instructs jury. |
| 4:00 p.m. | CRD swears in the Marshal. |
| 4:05 p.m. | Jury begins deliberations. |
| 5:04 p.m. | Judge indicates the court has received a jury note from the juror. |
| 5:06 p.m. | Jury brought into the courtroom. |
| 5:06 p.m. | Court addresses the jury note with the jury and jury to return at 9:15 a.m. |