Wednesday, June 25, 2025
Hon. Mae A. D'Agostino, Presiding
Clerk: John Law
Steno: Lisa Tennyson

---

**UNITED STATES OF AMERICA,**

    vs.

                                                                         1:23-cr-491 (MAD)

**OLUWASEUN ADEKOYA,**
        **Defendant.**

---

APPEARANCES:    Office of the U.S. Attorney for the NDNY by: **Benjamin Clark, AUSA, Matthew Paulbeck, AUSA, and Joshua Rosenthal, AUSA** for the Government.

                            Pro se Defendant: **Oluwaseun Adekoya**, defendant.

                            O'Connell and Aronowicz by: **Ryan Forbes, Esq.,** stand-by counsel for defendant.

## **CRIMINAL JURY TRIAL - DAY 12 – Wednesday, June 25, 2025**

| | |
|---|---|
| 2:40 p.m. | Court received Jury Note No. 2 (Court Exhibit No. 3). |
| 3:06 p.m. | Court discusses jury note with the parties. |
| 3:33 p.m. | Court discusses with parties re-reading part of the charge pertaining to the note. |
| 3:38 p.m. | Jury brought into the courtroom. |
| 3:39 p.m. | Court reads Jury Note No. 2 (Court Exhibit No. 3) to the jury and re-reads the charge to the jury. |
| 3:41 p.m. | Court concludes the re-read of the charge. |
| 3:41 p.m. | Atty. Adekoya discusses an issue yesterday. |

| | |
|---|---|
| 3:42 p.m. | Court advises defendant that objections should have been made during the time of the evidence. |
| 3:43 p.m. | Court will explain any rights after a verdict is rendered. |
| 3:43 p.m. | Atty. Clark advises court all documentation was turned over to defendant. |
| 3:50 p.m. | Court receives jury verdict. |
| 4:02 p.m. | Jury brought into courtroom. |
| 4:02 p.m. | Court reads jury note. |
| 4:03 p.m. | Courtroom Deputy takes the verdict. |
| 4:09 p.m. | Court thanks jury; sends back to jury room. Court advises defendant of his rights for post-trial motions and appeal. Sentencing is scheduled for October 30, 2025 at 10:00 a.m. in Albany. Court inquires of counsel. |
| 4:12 p.m. | Mr. Adekoya states he does not want counsel. Fine with Mr. Forbes as stand-by Counsel. |
| 4:12 p.m. | Court will address that issue with stand-by counsel and defendant. |
| 4:13 p.m. | Court discusses sentencing parameters regarding presentence report, objections, and sentencing memorandums and deadlines. |
| 4:15 p.m. | Court states defendant was not in restraints and is remanded to the custody of the Marshal. |
| 4:16 p.m. | Mr. Adekoya indicates will be filing an appeal after sentencing and will be filing a Rule 29 and 33 motion. |
| 4:19 p.m. | Court addresses the motions with defendant and directed to advise of his current address. |