UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

vs.

OLUWASEUN ADEKOYA *also known as*
*Ace G*, *Sammy LaBanco*, *BRODA*, *SANTA*,
*SANTANA*, *Sean Maison*, and *Kiing_maison*,

**Defendant.**

1:23-CR-491
(MAD)

---

### JURY VERDICT FORM

PLEASE NOTE - Each Juror will be provided with a Verdict Form. HOWEVER, YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON ONLY ONE VERDICT FORM WHICH IS SIGNED BY THE JURY FOREPERSON. The remaining Verdict Forms should be returned to the courtroom deputy unsigned.

The questions must be answered **unanimously**. Please follow the directions in bold immediately following the questions.

There should be a total of **four (4) pages** in this Jury Verdict Form, including this sheet.

We, the jury, **unanimously** find as follows:

### COUNT ONE – CONSPIRACY TO COMMIT BANK FRAUD

1:    As to Count One of the Second Superseding Indictment, charging Defendant **OLUWASEUN ADEKOYA** with conspiracy to commit bank fraud, how do you find?

    __X__                  _____
    Guilty                 Not Guilty

**Please proceed to question 2.**

1

### COUNT TWO – CONSPIRACY TO COMMIT MONEY LAUNDERING

2: As to Count Two of the Second Superseding Indictment, charging Defendant **OLUWASEUN ADEKOYA** with conspiracy to commit money laundering, how do you find?

    __X__        _____
    Guilty        Not Guilty

**Please proceed to question 3.**

### COUNT THREE – AGGRAVATED IDENTITY THEFT

3: As to Count Three of the Second Superseding Indictment, charging Defendant **OLUWASEUN ADEKOYA** with aggravated identity theft, how do you find?

    __X__        _____
    Guilty        Not Guilty

**Please proceed to question 4.**

### COUNT FOUR – AGGRAVATED IDENTITY THEFT

4: As to Count Four of the Second Superseding Indictment, charging Defendant **OLUWASEUN ADEKOYA** with aggravated identity theft, how do you find?

    __X__        _____
    Guilty        Not Guilty

**Please proceed to question 5.**

### COUNT FIVE – AGGRAVATED IDENTITY THEFT

5: As to Count Five of the Second Superseding Indictment, charging Defendant **OLUWASEUN ADEKOYA** with aggravated identity theft, how do you find?

    __X__        _____
    Guilty        Not Guilty

**Please proceed to question 6.**

### COUNT SIX – AGGRAVATED IDENTITY THEFT

6:   As to Count Six of the Second Superseding Indictment, charging Defendant **OLUWASEUN ADEKOYA** with aggravated identity theft, how do you find?

__X__   _____
Guilty     Not Guilty

**Please proceed to question 7.**

### COUNT SEVEN – AGGRAVATED IDENTITY THEFT

7:   As to Count Seven of the Second Superseding Indictment, charging Defendant **OLUWASEUN ADEKOYA** with aggravated identity theft, how do you find?

__X__   _____
Guilty     Not Guilty

**Please proceed to question 8.**

### COUNT EIGHT – AGGRAVATED IDENTITY THEFT

8:   As to Count Eight of the Second Superseding Indictment, charging Defendant **OLUWASEUN ADEKOYA** with aggravated identity theft, how do you find?

__X__   _____
Guilty     Not Guilty

**Please proceed to question 9.**

### COUNT NINE – AGGRAVATED IDENTITY THEFT

9:   As to Count Nine of the Second Superseding Indictment, charging Defendant **OLUWASEUN ADEKOYA** with aggravated identity theft, how do you find?

__X__   _____
Guilty     Not Guilty

Please proceed to question 10.

### COUNT TEN – AGGRAVATED IDENTITY THEFT

10:  As to Count Ten of the Second Superseding Indictment, charging Defendant **OLUWASEUN ADEKOYA** with aggravated identity theft, how do you find?

   __X__                    _____
   Guilty                   Not Guilty

Please proceed to question 11.

### COUNT ELEVEN – AGGRAVATED IDENTITY THEFT

11:  As to Count Eleven of the Second Superseding Indictment, charging Defendant **OLUWASEUN ADEKOYA** with aggravated identity theft, how do you find?

   __X__                    _____
   Guilty                   Not Guilty

**YOUR DELIBERATIONS ARE COMPLETE. PLEASE REPORT THAT YOU HAVE REACHED A VERDICT TO THE MARSHAL. PLEASE REMEMBER TO DATE AND SIGN YOUR VERDICT SHEET. THANK YOU.**

Dated: 6 / 25 /2025              _\*\*\* Redacted \*\*\*_
                                 Foreperson's Signature